| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |
|  ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Iron Bridge Tools, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
20-4932308

**4. Debtor's address**  

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **624 S. Military Trail** <br> **Deerfield Beach, FL 33442** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** <br> County | **Location of principal assets, if different from principal place of business** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Iron Bridge Tools, Inc.**  Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **Iron Bridge Tools, Inc.**      Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
                               Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Iron Bridge Tools, Inc.**     Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 25, 2016**
                 MM / DD / YYYY

**X**   **/s/ Glenn Robinson**          **Glenn Robinson**
      Signature of authorized representative of debtor     Printed name

Title   **President**

**18. Signature of attorney**

**X**   **/s/ Craig A. Pugatch, Esq.**        Date   **May 25, 2016**
      Signature of attorney for debtor              MM / DD / YYYY

**Craig A. Pugatch, Esq.**
Printed name

**Rice Pugatch Robinson Storfer & Cohen, PLLC**
Firm name

**101 NE Third Avenue**
**Suite 1800**
**Fort Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

Contact phone   **954-462-8000**      Email address   **capugatch@rprslaw.com**

**653381, Florida**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Iron Bridge Tools, Inc. | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CBIZ MHM LLC P.O.BOX 953152 Saint Louis, MO 63195 | | Trade Debt | | | | $21,824.00 |
| Consumer Advocacy Group, Inc. c/o Yeroushalmi & Yeroushalmi 9100 Wilshire Boulevard Suite 240W Beverly Hills, CA 90212 | | Consent Final Judgment, Superior Court of the State of California, County of Los Angeles-Stanley Mosk | Unliquidated | | | $116,000.00 |
| Dan DeLaRosa 300 E 77th Street Suite 24C New York, NY 10075 | | Attoney's Fees | | | | $206,000.00 |
| Everpower Group Co., Ltd. Ningbo | | Trade Debt | | | | $2,800,000.00 |
| Fedex PO Box 660481 Dallas, TX 15252 | | Package Delivery | | | | $70,617.20 |
| FMS Lawyer, PL 9900 Stirling Road, Suite 226 Hollywood, FL 33024 | | Attorney's Fees | | | | $298,201.35 |
| Ivy Quorum Property, LLC c/o Ivy Realty-One Paragon Drive Suite 125 Montvale, NJ 07645 | | Trade Debt | | | | $173,560.85 |

Debtor **Iron Bridge Tools, Inc.**                                                   Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JP Advisors LLC.**<br>**2201 SE 18th Street**<br>**Suite 312**<br>**Fort Lauderdale, FL 33316** | | **Consultants** | | | | $29,400.00 |
| **Liu, Shen & Associates US LLC**<br>**195 N. Harbor Drive, Suite 3504**<br>**Chicago, IL 60601** | | **Attorney's Fees** | | | | $53,922.00 |
| **Meridian International Co., Ltd USA**<br>**7442 South Tucson Way**<br>**Suite 120A**<br>**Centennial, CO 80112** | | **Trade Debt** | **Disputed** | | | $1,274,057.43 |
| **Packaging Corporation of America**<br>**9700 E. Frontage Road**<br>**South Gate, CA 90280** | | **Trade Debt** | | | | $200,948.57 |
| **Pei Hua International Trading Comp Ltd.**<br>**4f-1, 262,Sec.2,HWA Mei Street, North Di**<br>**TAICHUNG** | | **Trade Debt** | | | | $70,776.82 |
| **Retract-A-Bit**<br>**965 Wilson Avenue**<br>**Kitchener, Canada N2C 1J1** | | **Trade Debt** | | | | $396,658.22 |
| **Scanwell Logistics (CHI) Inc.**<br>**2455 Arthur Ave**<br>**Elk Grove Village, IL 60007** | | **Freight Fowarding** | | | | $36,420.00 |
| **Shopper Events LLC**<br>**Lock Box 749239**<br>**Los Angeles, CA 90074** | | **Trade Debt** | | | | $82,704.86 |
| **Southeast Computer Solutions**<br>**15165 NW 77 Avenue**<br>**Suite 2009**<br>**Hialeah, FL 33014** | | **Consultants** | | | | $156,193.75 |

Debtor **Iron Bridge Tools, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **True Value**  **8600 W Bryn Mawr Avenue**  **Chicago, IL 60631** | | **Trade Debt** | **Disputed** | | | **$490,805.42** |
| **Weiss Serota Helfman Pastoriza Cole &**  **200 East Broward Blvd.**  **Suite 1900**  **Fort Lauderdale, FL 33301** | | **Trade Debt** | | | | **$13,275.93** |
| **XPO Logistics, Inc**  **27724 Network Place**  **Chicago, IL 60673** | | **Trade Debt** | | | | **$11,855.00** |
| **ZheJiang Everpower Imp&Exp co.,LTD Ningbo** | | **Trade Debt** | | | | **$9,885,335.75** |

```
AFLAC
1932 WYNNTON ROAD
Columbus, GA 31999


Agfa Corporation
P.O.Box 2123
Carol Stream, IL 60132


Bankruptcy Specialist
Internal Revenue Service
290 Broadway
New York, NY 10007


Broward County Tax Collec
115 S. Andrews Ave #A100
Fort Lauderdale, FL 33301


CBIZ MHM LLC
P.O.BOX 953152
Saint Louis, MO 63195


Commerce Technologies,Inc.
25736 Network Place
Chicago, IL 60673


Consumer Advocacy Group, Inc.
c/o Yeroushalmi & Yeroushalmi
9100 Wilshire Boulevard
Suite 240W
Beverly Hills, CA 90212


CRGO Greenberg, LLC
7900 Glades Road suite 520
Boca Raton, FL 33434


CSA Group
c/o Robert Feltes, Collections
8501 East Pleasant Valley Road
Independence, OH 44131


Dan DeLaRosa
300 E 77th Street
Suite 24C
New York, NY 10075
```

Everpower Group Co., Ltd.
Ningbo


Fedex
PO Box 660481
Dallas, TX 15252


Fedex
PO Box 371461
Pittsburgh, PA 15252


Fedex Freight
Dept LA P.O. Box 21415
Pasadena, CA 91185


Fidelity Security Life Ins/Eyemed
PO Box 0821
Carol Stream, IL 60132


Florida Power & Light
General Mail Facility
Miami, FL 33188


FMS Lawyer, PL
9900 Stirling Road, Suite 226
Hollywood, FL 33024


Gateway Trade Funding
c/o Mark Polinsky, President
500 N. Lake Cook Road
Suite 420
Deerfield, IL 60015


Great Knives Manufacture Co., LTD.
c/o Anthony Kang, Esq.
Arnstein & Lehr, LLP
200 South Biscayne Blvd., Suite 3600
Miami, FL 33131


GSI Environmental Inc.
2211 Northfolk Street, Suite 1000
Houston, TX 77098

```
Hardy Haenisch
16030 Arthur Street
Cerritos, CA 90703


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Compliance Services Insolvency
STOP 5730
7850 Southwest 6th Court
Plantation, FL 33324


Ivy Quorum Property, LLC
c/o Ivy Realty-One Paragon Drive
Suite 125
Montvale, NJ 07645


JP Advisors LLC.
2201 SE 18th Street
Suite 312
Fort Lauderdale, FL 33316


Lincoln National Life Insurance Company
PO Box 0821
Carol Stream, IL 60132


Lisa Robinson
8325 NW 60th Place
Parkland, FL 33037


Liu, Shen & Associates US LLC
195 N. Harbor Drive,
Suite 3504
Chicago, IL 60601


Meridian International Co., Ltd USA
7442 South Tucson Way
Suite 120A
Centennial, CO 80112


Milner Inc
PO Box 41602
Philadelphia, PA 19101
```

```
Milner Inc.
PO Box 923197
Norcross, GA 30010


ModernTech Mechanical
1626 Downtown West Blvd.
Knoxville, TN 37919


Neighborhood Health
PO Box 580046
Charlotte, NC 28258


Office Depot
PO Box 633211
Cincinnati, OH 45263


Orkin - S Florida Comm, FL
PO Box 22780
Fort Lauderdale, FL 33335


OTX Logistics, Inc.
c/o Hardy Haenisch, President
16030 Arthur Street
Cerritos, CA 90703


Packaging Corporation of America
9700 E. Frontage Road
South Gate, CA 90280


Pei Hua International Trading Comp Ltd.
4f-1, 262,Sec.2,HWA Mei Street, North Di
TAICHUNG


Replicon, Inc.
DEP CH 19113
Palatine, IL 60055


Retract-A-Bit
965 Wilson Avenue
Kitchener, Canada N2C 1J1


RR Donnelley Wide, Inc.
PO Box 932721
Cleveland, OH 44193
```

```
Scanwell Logistics (CHI) Inc.
2455 Arthur Ave
Elk Grove Village, IL 60007


Sears Roebuck & Co.
PO Box 2254
Omaha, NE 68103


Shopper Events LLC
Lock Box 749239
Los Angeles, CA 90074


SHRED-IT ,USA LLC
11311 Cornell Park Drive
Suite 125
Blue Ash, OH 45242


Snap Buisness Supply & Service Inc.
107 Roy Street
New Lenox, IL 60451


Southeast Computer Solutions
15165 NW 77 Avenue
Suite 2009
Hialeah, FL 33014


Stephen Gould Corp
1101 N Keller Road
Orlando, FL 32810


Technicolor Global Logistics, LLC
3233 E Mission Oaks Blvd.
Camarillo, CA 93012


True Value
8600 W Bryn Mawr Avenue
Chicago, IL 60631


Tyco Intergrated Security LLC
PO Box 371967
Pittsburgh, PA 15250
```

US Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530


US District Attorney Office
500 E. Broward Blvd.
Fort Lauderdale, FL 33394


US Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382


Verizon
PO Box 660108
Dallas, TX 75266


Weiss Serota Helfman Pastoriza Cole &
200 East Broward Blvd.
Suite 1900
Fort Lauderdale, FL 33301


Wooldridge Associates,Inc.
5415 N Sherida Road
Unit 4205
Chicago, IL 60640


XPO Logistics, Inc
27724 Network Place
Chicago, IL 60673


YRC


ZheJiang Everpower Imp&Exp co.,LTD
Ningbo