# United States Bankruptcy Court
## Southern District of Florida

In re   **Iron Bridge Tools, Inc.**                                                  Case No.
                              Debtor(s)                                              Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Iron Bridge Tools, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 25, 2016** | **/s/ Craig A. Pugatch, Esq.** |
| Date | **Craig A. Pugatch, Esq.** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Iron Bridge Tools, Inc.** |
| | **Rice Pugatch Robinson Storfer & Cohen, PLLC** |
| | **101 NE Third Avenue** |
| | **Suite 1800** |
| | **Fort Lauderdale, FL 33301** |
| | **954-462-8000 Fax:954-462-4300** |
| | **capugatch@rprslaw.com** |