**Fill in this information to identify the case:**

Debtor name    **Iron Bridge Tools, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **16-17505-RBR**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2016**        *X* **/s/ Glenn Robinson**
                                            Signature of individual signing on behalf of debtor

                                            **Glenn Robinson**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Iron Bridge Tools, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **16-17505-RBR**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.......................................................................................  $         **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*....................................................................................  $       **5,487,050.21**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*......................................................................................  $       **5,487,050.21**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $     **3,724,171.36**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................  $      **164,256.21**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................  +$    **17,069,308.96**

4.  Total liabilities ............................................................................................
    Lines 2 + 3a + 3b    $    **20,957,736.53**

**Fill in this information to identify the case:**

Debtor name **Iron Bridge Tools, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **16-17505-RBR**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Regions Bank | Operating | 0451 | $10,486.69 |
| 3.2. | Regions Bank | Media | 0478 | $494.92 |
| 3.3. | Regions Bank | Wire | 0486 | $1,311.45 |
| 3.4. | Bank of America | Media | 0606 | $0.00 |
| 3.5. | Bank of America | Payroll | 0162 | $0.00 |
| 3.6. | Bank of America | Operating | 1741 | $0.21 |
| 3.7. | Bank of America | Wire | 3729 | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Iron Bridge Tools, Inc.**                          Case number *(if known)*  **16-17505-RBR**
Name

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                    $12,293.27
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.   **Florida Power & Light**                                                        $1,806.82

        7.2.   **Taiwan Powder Technologies Co., Ltd.**                                         $18,900.00

        7.3.   **Shenzhen Trulyway Electronic Development**                                     $1,410.00

        7.4.   **Aaron Etra, Esq.**                                                             $450,000.00

        7.5.   **KIF Property Trust**                                                           $48,347.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                    $520,463.82
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11b. Over 90 days old:        **3,960,903.90**    -    **1,980,451.95**  =....    $1,980,451.95
                                      face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                    $1,980,451.95
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Iron Bridge Tools, Inc.** | Case number *(If known)* **16-17505-RBR** |
|---|---|---|
| | Name | |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **Black Pearl Manufacturing, Inc.**<br>EIN No.: 26-0396952 | 100　% | $0.00 |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | |
|---|---|---|
| 17. | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | $0.00 |

**Part 5:** Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale**<br>**Finished Goods and Inventory for Sale**<br>**[See Attached Schedule B, Item No. 21A]** | 12/10/2015 | $2,709,294.17 | Comparable sale | $2,709,294.17 |
| 22. **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.**<br>Add lines 19 through 22.  Copy the total to line 84. | $2,709,294.17 |
|---|---|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value　　　　　　Valuation method　　　　　　Current Value

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　Best Case Bankruptcy

Debtor   **Iron Bridge Tools, Inc.**                                                      Case number *(if known)*  **16-17505-RBR**
          Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Office Equipment, Computers, Communication Systems and Software** | $257,047.00 | Tax records | $257,047.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                      $257,047.00
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2011 Jeep Rubicon** | $7,500.00 | Comparable sale | $7,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

Debtor    **Iron Bridge Tools, Inc.**                                       Case number *(If known)*  **16-17505-RBR**
          <sub>Name</sub>

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.     **Total of Part 8.**                                                                          | $7,500.00
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:    Real property**

54.  **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties**<br>**Trademark Licensing Agreement with Robert Bosch Tool Corp.** | $0.00 | N/A | $0.00 |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.     **Total of Part 10.**                                                                          | $0.00
        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Iron Bridge Tools, Inc.**                                     Case number *(If known)*  **16-17505-RBR**
          Name

☐ No
■ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Iron Bridge Tools, Inc.**                                    Case number *(If known)* **16-17505-RBR**
_____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,293.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $520,463.82 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,980,451.95 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,709,294.17 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $257,047.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,487,050.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,487,050.21 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Iron Bridge Tools, Inc.**
**Finished Goods and Inventory for Sale**
**Schedule B, Item No. 21A**

| Description | Warehouse | UOM | QOH | Unit Cost | Inv Value | Wholesale | Wholesale Value |
|---|---|---|---|---|---|---|---|
| Autocraft Mini Headlamp | OTX | Each | 3,984 | $ 1.41 | $ 5,617.44 | $ 1.82 | $ 7,250.88 |
| HDX 6in Slip Joint Pliers | OTX | Each | 11,772 | $ 0.85 | $ 10,041.52 | $ 1.24 | $ 14,597.28 |
| HDX 6in Long Nose Pliers | OTX | Each | 10,368 | $ 0.83 | $ 8,563.97 | $ 0.58 | $ 6,013.44 |
| HDX 5in Locking Pliers | OTX | Each | 5,250 | $ 1.20 | $ 6,305.25 | $ 1.77 | $ 9,292.50 |
| HDX 1pc 6in Adjustable Wrench | OTX | Each | 9,054 | $ 1.27 | $ 11,498.58 | $ 1.83 | $ 16,568.82 |
| HDX 1pc 6.5in Long Nose Locking Pliers | OTX | Each | 3,990 | $ 1.38 | $ 5,514.18 | $ 1.98 | $ 7,900.20 |
| HDX 1pc 8in Groove Joint Pliers | OTX | Each | 2,826 | $ 1.39 | $ 3,916.84 | $ 1.71 | $ 4,832.46 |
| Core HDX Individual Pliers Bin | OTX | Each | 494 | $ 37.71 | $ 18,628.74 | $ 40.00 | $ 19,760.00 |
| HDX 10pc Interchangeable Blade Screwdriv | OTX | Each | 1,446 | $ 2.59 | $ 3,746.59 | $ 4.39 | $ 6,347.94 |
| Husky 3pc Cushion Grip Locking Pliers Se | OTX | Each | 2 | $ 8.41 | $ 16.82 | $ 6.54 | $ 13.08 |
| HKY Medium Utility Knife | OTX | Each | 47,262 | $ 1.99 | $ 93,956.86 | $ 2.65 | $ 125,244.30 |
| Husky Medium Utility Knife Replacement B | OTX | Each | 13,938 | $ 0.27 | $ 3,721.45 | $ 0.55 | $ 7,665.90 |
| Husky 10" Metal Cutting Snips | OTX | Each | 5,094 | $ 2.64 | $ 13,448.16 | $ 3.39 | $ 17,268.66 |
| Husky 6pc Precision Screwdriver Set | OTX | Each | 10,014 | $ 2.12 | $ 21,209.65 | $ 3.25 | $ 32,545.50 |
| Husky Mini Knife Replacement Blades (5pk | OTX | Each | 456 | $ 0.22 | $ 102.14 | $ 0.47 | $ 214.32 |
| Husky 3pc Precision Pliers Set | OTX | Each | 17,064 | $ 4.76 | $ 81,224.64 | $ 4.48 | $ 76,446.72 |
| Husky 1pc 1in C Clamp | OTX | Each | 9,710 | $ 0.48 | $ 4,651.09 | $ 0.47 | $ 4,563.70 |
| Husky 1pc 3in C Clamp | OTX | Each | 2,100 | $ 0.99 | $ 2,083.20 | $ 1.02 | $ 2,142.00 |
| Husky 1pc 4in C Clamp | OTX | Each | 7,026 | $ 1.86 | $ 13,075.39 | $ 2.40 | $ 16,862.40 |
| Husky 1pc 6in C Clamp | OTX | Each | 2,664 | $ 2.92 | $ 7,781.54 | $ 3.23 | $ 8,604.72 |
| Husky 1pc 8in C Clamp | OTX | Each | 8,013 | $ 4.12 | $ 33,045.61 | $ 4.71 | $ 37,741.23 |
| Husky 4in Quick Release Clamp | OTX | Each | 936 | $ 3.63 | $ 3,401.42 | $ 3.25 | $ 3,042.00 |
| Husky 6in Quick Release Clamp | OTX | Each | 48 | $ 6.83 | $ 328.03 | $ 5.47 | $ 262.56 |
| Husky 23pc Precision Ratcheting Screwdri | OCEAN | Each | 8 | $ 2.37 | $ 18.93 | $ 3.16 | $ 25.28 |
| Husky 23pc Precision Ratcheting Screwdri | OTX | Each | 11,766 | $ 2.37 | $ 27,838.36 | $ 3.16 | $ 37,180.56 |
| IBT Black 3" Tactical Knife | OTX | Each | 8 | $ 6.28 | $ 50.26 | $ 5.89 | $ 47.12 |
| IBT Camouflage 3" Tactical Knife | OTX | Each | 8 | $ 3.05 | $ 24.40 | $ 4.54 | $ 36.32 |
| Utility Knife (No Brand) | OTX | Each | 69,288 | $ 0.59 | $ 40,810.63 | $ 0.74 | $ 51,273.12 |
| Skil 22pc Dual Sided Ratchet & Socket Se | DTY OS | Each | 36 | $ 5.66 | $ 203.90 | $ 8.79 | $ 316.44 |
| Skil 22pc Dual Sided Ratchet & Socket Se | IBTFL | Each | 1 | $ 5.68 | $ 5.68 | $ 8.79 | $ 8.79 |
| Skil Stubby Hammer | DTY OS | Each | 6 | $ 2.20 | $ 13.18 | $ 1.78 | $ 10.68 |
| Skil Stubby Hammer | IBTFL | Each | 1 | $ 2.20 | $ 2.20 | $ 1.78 | $ 1.78 |
| Skil Stubby Hammer | OTX | Each | 20 | $ 2.20 | $ 43.94 | $ 1.78 | $ 35.60 |
| SKIL 2pc Hex Key Set | DTY OS | Each | 21 | $ 2.49 | $ 52.37 | $ 3.94 | $ 82.74 |
| SKIL 2pc Hex Key Set | IBTFL | Each | 2 | $ 2.50 | $ 4.99 | $ 3.94 | $ 7.88 |
| SKIL 25pc Household Tool Set | DTY OS | Each | 50 | $ 5.79 | $ 289.30 | $ 9.00 | $ 450.00 |
| SKIL 25pc Household Tool Set | IBTFL | Each | 1 | $ 5.79 | $ 5.79 | $ 9.00 | $ 9.00 |
| SKIL 25pc Household Tool Set | OTX | Each | 2,610 | $ 5.78 | $ 15,080.58 | $ 9.00 | $ 23,490.00 |
| SKIL Retractable Folding Utility Knife | OTX | Each | 456 | $ 3.56 | $ 1,623.36 | $ 5.49 | $ 2,503.44 |
| SKIL Retractable Folding Utility Knife | DTY OS | Each | 14 | $ 3.57 | $ 49.94 | $ 5.49 | $ 76.86 |
| SKIL Retractable Folding Utility Knife | OTX | Each | 996 | $ 3.57 | $ 3,550.74 | $ 5.49 | $ 5,468.04 |
| SKIL 33pc Precision Screwdriver Set | DTY OS | Each | 113 | $ 2.83 | $ 319.56 | $ 4.45 | $ 502.85 |
| SKIL 33pc Precision Screwdriver Set | IBTFL | Each | 8 | $ 2.83 | $ 22.62 | $ 4.45 | $ 35.60 |
| SKIL 10in Magnetic Tape Measure | DTY OS | Each | 24 | $ 0.96 | $ 23.06 | $ 1.50 | $ 36.00 |
| SKIL 10in Magnetic Tape Measure | OTX | Each | 10 | $ 0.96 | $ 9.61 | $ 1.50 | $ 15.00 |
| SKIL 9LED Flashlight and Mini Headlamp S | DTY OS | Each | 44 | $ 2.31 | $ 101.55 | $ 3.63 | $ 159.72 |
| SKIL 9LED Flashlight and Mini Headlamp S | IBTFL | Each | 2 | $ 2.31 | $ 4.62 | $ 3.63 | $ 7.26 |
| SKIL 9LED Flashlight and Mini Headlamp S | OTX | Each | 10 | $ 2.31 | $ 23.08 | $ 3.63 | $ 36.30 |
| SKIL 24" AccuLevel | OTX | Each | 14,768 | $ 4.48 | $ 66,086.80 | $ 7.41 | $ 109,430.88 |
| Revolution Measure Wheel | OTX | Each | 420 | $ 23.52 | $ 9,879.66 | $ 29.68 | $ 12,465.60 |
| Workforce 26pc Ratcheting Screwdriver Se | OTX | Each | 12,318 | $ 2.87 | $ 35,389.61 | $ 3.75 | $ 46,192.50 |
| Workforce 6pc Precision Screwdriver Set | OTX | Each | 5,768 | $ 0.65 | $ 3,766.50 | $ 0.92 | $ 5,306.56 |
| Black iPhone Bottle Can Opener for iPhon | OTX | Each | 23,300 | $ 2.48 | $ 57,737.40 | $ 2.54 | $ 59,182.00 |
| 1pc ALABAMA iPhone Bottle Can Opener Cas | OTX | Each | 87 | $ 2.84 | $ 246.73 | $ 2.87 | $ 249.69 |
| 1pc ALABAMA iPhone Bottle Can Opener Cas | OTX | Each | 400 | $ 2.84 | $ 1,134.40 | $ 2.87 | $ 1,148.00 |
| 1pc ARKANSAS iPhone Bottle Can Opener Ca | OTX | Each | 87 | $ 2.68 | $ 232.73 | $ 2.87 | $ 249.69 |
| 1pc ARKANSAS iPhone Bottle Can Opener Ca | OTX | Each | 400 | $ 2.84 | $ 1,134.40 | $ 2.87 | $ 1,148.00 |
| 1pc GEORGIA iPhone Bottle Can Opener Cas | OTX | Each | 67 | $ 2.62 | $ 175.81 | $ 2.87 | $ 192.29 |
| 1pc GEORGIA iPhone Bottle Can Opener Cas | OTX | Each | 900 | $ 2.84 | $ 2,552.40 | $ 2.87 | $ 2,583.00 |
| 1pc GEORGIA TECH iPhone Bottle Can Opene | OTX | Each | 76 | $ 2.84 | $ 215.54 | $ 2.87 | $ 218.12 |
| 1pc GEORGIA TECH iPhone Bottle Can Opene | OTX | Each | 400 | $ 2.84 | $ 1,134.40 | $ 2.87 | $ 1,148.00 |
| 1pc KANSAS iPhone Bottle Can Opener Case | OTX | Each | 93 | $ 2.84 | $ 263.75 | $ 2.87 | $ 266.91 |
| 1pc KANSAS iPhone Bottle Can Opener Case | OTX | Each | 300 | $ 2.84 | $ 850.80 | $ 2.87 | $ 861.00 |
| 1pc LOUISVILLE iPhone Bottle Can Opener | OTX | Each | 92 | $ 2.84 | $ 260.91 | $ 2.87 | $ 264.04 |
| 1pc LOUISVILLE iPhone Bottle Can Opener | OTX | Each | 400 | $ 2.84 | $ 1,134.40 | $ 2.87 | $ 1,148.00 |
| 1pc LOUISIANNA iPhone Bottle Can Opener | OTX | Each | 88 | $ 2.84 | $ 249.57 | $ 2.87 | $ 252.56 |
| 1pc LOUISIANNA iPhone Bottle Can Opener | OTX | Each | 400 | $ 2.84 | $ 1,134.40 | $ 2.87 | $ 1,148.00 |
| 1pc MEMPHIS iPhone Bottle Can Opener Cas | OTX | Each | 400 | $ 2.84 | $ 1,134.40 | $ 2.87 | $ 1,148.00 |
| 1pc MISSOURI iPhone Bottle Can Opener Ca | OTX | Each | 62 | $ 1.46 | $ 90.77 | $ 2.87 | $ 177.94 |
| 1pc MISSOURI iPhone Bottle Can Opener Ca | OTX | Each | 900 | $ 2.84 | $ 2,552.40 | $ 2.87 | $ 2,583.00 |
| 1pc OKLAHOMA ST iPhone Bottle Can Opener | OTX | Each | 92 | $ 2.84 | $ 260.91 | $ 2.87 | $ 264.04 |
| 1pc OKLAHOMA ST iPhone Bottle Can Opener | OTX | Each | 400 | $ 2.84 | $ 1,134.40 | $ 2.87 | $ 1,148.00 |
| 1pc TENNESSEE iPhone Bottle Can Opener | OTX | Each | 90 | $ 2.84 | $ 255.24 | $ 2.87 | $ 258.30 |
| 1pc TENNESSEE iPhone Bottle Can Opener | OTX | Each | 400 | $ 2.84 | $ 1,134.40 | $ 2.87 | $ 1,148.00 |
| 1pc TEXAS TECH iPhone Bottle Can Opener | OTX | Each | 92 | $ 2.84 | $ 260.91 | $ 2.87 | $ 264.04 |
| 1pc TEXAS TECH iPhone Bottle Can Opener | OTX | Each | 400 | $ 2.84 | $ 1,134.40 | $ 2.87 | $ 1,148.00 |
| 1pc TEXAS A&M iPhone Bottle Can Opener C | OTX | Each | 92 | $ 2.84 | $ 260.91 | $ 2.87 | $ 264.04 |
| 1pc TEXAS A&M iPhone Bottle Can Opener C | OTX | Each | 400 | $ 2.84 | $ 1,134.40 | $ 2.87 | $ 1,148.00 |
| 1pc VIRGINIA iPhone Bottle Can Opener Ca | OTX | Each | 88 | $ 2.84 | $ 249.57 | $ 2.87 | $ 252.56 |
| 1pc VIRGINIA iPhone Bottle Can Opener Ca | OTX | Each | 400 | $ 2.84 | $ 1,134.40 | $ 2.87 | $ 1,148.00 |
| 1pc WEST VIRGINIA iPhone Bottle Can Open | OTX | Each | 88 | $ 2.84 | $ 249.57 | $ 2.87 | $ 252.56 |
| 1pc WEST VIRGINIA iPhone Bottle Can Open | OTX | Each | 400 | $ 2.84 | $ 1,134.40 | $ 2.87 | $ 1,148.00 |

| Description | Warehouse | UOM | QOH | Unit Cost | Inv Value | Wholesale | Wholesale Value |
|---|---|---|---|---|---|---|---|
| AUBURN iPhone Bottle Can Opener for iPho | OTX | Each | 300 | $2.84 | $850.80 | $2.87 | $258.30 |
| GAMECOCKS iPhone Bottle Can Opener for i | OTX | Each | 90 | $2.84 | $255.24 | $2.87 | $258.30 |
| GAMECOCKS iPhone Bottle Can Opener for i | OTX | Each | 400 | $2.84 | $1,134.40 | $2.87 | $1,148.00 |
| KENTUCKY iPhone Bottle Can Opener for iP | OTX | Each | 92 | $2.84 | $260.91 | $2.87 | $264.04 |
| KENTUCKY iPhone Bottle Can Opener for iP | OTX | Each | 200 | $2.84 | $567.20 | $2.87 | $574.00 |
| UNIVERSITY OF ILLINOIS iPhone Bottle Can | OTX | Each | 93 | $2.81 | $260.87 | $2.87 | $266.91 |
| UNIVERSITY OF ILLINOIS iPhone Bottle Can | OTX | Each | 900 | $2.84 | $2,552.40 | $2.87 | $2,583.00 |
| HDX 25pc Dual Sided Stubby Ratchet & Soc | OTX | Each | 18 | $6.12 | $110.12 | $7.83 | $140.94 |
| HDX 9in Magnetic Torpedo Level | OTX | Each | 24 | $0.53 | $12.62 | $1.74 | $41.76 |
| HDX 29pc Ratcheting T-Driver Set | OTX | Each | 48 | $6.17 | $296.02 | $8.33 | $399.84 |
| HDX 12ft Tape Measure | OTX | Each | 26 | $0.89 | $23.24 | $1.87 | $48.62 |
| HDX 25ft Tape Measure | OTX | Each | 384 | $2.03 | $779.52 | $2.22 | $852.48 |
| HDX 3pk 2in Plastic Spring Clamp | OTX | Each | 24 | $1.06 | $25.42 | $1.96 | $47.04 |
| HDX 23pc 1/4in Driver Set | OTX | Each | 48 | $1.86 | $89.23 | $3.33 | $159.84 |
| HDX 21pc Ratcheting Precision Screwdrive | OTX | Each | 48 | $1.96 | $94.08 | $3.39 | $162.72 |
| HDX 28pc 1/4in SAE Ratchet & Socket Set | OTX | Each | 196 | $6.18 | $1,211.48 | $7.38 | $1,446.48 |
| HDX 28pc 1/4in METRIC Ratchet & Socket S | OTX | Each | 126 | $6.08 | $766.21 | $7.38 | $929.88 |
| HDX 10pc Interchangeable Blade Precision | OTX | Each | 30 | $2.65 | $79.44 | $4.39 | $131.70 |
| HDX 7pc Ratcheting Screwdriver Set | OTX | Each | 36 | $1.28 | $46.22 | $2.20 | $79.20 |
| HDX 3pc Scissor Set (7in Multi, 8in Mult | OTX | Each | 24 | $1.85 | $44.33 | $3.49 | $83.76 |
| HDX 3pc Tape Measure Set (25ft, 16ft, 12 | OTX | Each | 19,696 | $4.04 | $79,493.06 | $5.60 | $110,297.60 |
| Mini Slotted Screwdriver (Yellow) | OTX | Each | 285 | $0.18 | $51.30 | $0.40 | $114.00 |
| Husky 3pk Titanium Scissors Set w/ Bonus | OTX | Each | 3,600 | $5.91 | $21,265.20 | $8.46 | $30,456.00 |
| Husky 25' Colored Tape Measure | OCEAN | Each | 52,612 | $2.97 | $156,257.64 | $7.39 | $388,802.68 |
| Husky 25ft Chrome Tape Measure with Bonu | OTX | Each | 2,784 | $3.09 | $8,588.64 | $4.52 | $12,583.68 |
| Husky 46pc Stubby Set | OTX | Each | 24 | $8.98 | $215.59 | $12.98 | $311.52 |
| Set of 2 8" and 6" ratcheting adjustable | OTX | Each | 1,749 | $10.80 | $18,889.20 | $14.10 | $24,660.90 |
| 6" Adjustable Wrench | OTX | Each | 48 | $0.84 | $40.32 | $0.58 | $27.84 |
| 6" Long Nose Pliers | OTX | Each | 48 | $0.77 | $36.96 | $0.58 | $27.84 |
| 6" Slip Joint Pliers | OTX | Each | 48 | $0.73 | $35.04 | $0.58 | $27.84 |
| 18" iBeam Level | OTX | Each | 40 | $1.70 | $67.92 | $3.22 | $128.80 |
| 4pk Wobble Stop Set | OTX | Each | 23,352 | $1.29 | $30,077.38 | $2.24 | $52,301.26 |
| Accu-Hooks Picture Hanging Hooks | OTX | Each | 4,880 | $0.43 | $2,078.88 | $0.70 | $3,416.00 |
| Electric Wire Stripper | DTY OS | Each | 2 | $1.98 | $3.95 | $3.69 | $7.38 |
| Electric Wire Stripper | IBTFL | Each | 1 | $2.39 | $2.39 | $3.69 | $3.69 |
| Stud Finder | OTX | Each | 3,882 | $4.29 | $16,669.31 | $6.57 | $25,504.74 |
| Dr4ywall Anchors | OTX | Each | 6,996 | $0.76 | $5,323.96 | $0.97 | $6,786.12 |
| Zip Ties 20pc | OTX | Each | 3,588 | $0.20 | $721.19 | $0.54 | $1,937.52 |
| Insulated Nail Staples | DTY OS | Each | 6 | $0.82 | $4.94 | $0.64 | $3.84 |
| Insulated Nail Staples | IBTFL | Each | 1 | $0.41 | $0.41 | $0.64 | $0.64 |
| Insulated Nail Staples | OTX | Each | 1,592 | $1.07 | $1,698.66 | $0.64 | $1,018.88 |
| Skil 40pc Mini Stubby Set | OTX | Each | 12 | $5.30 | $63.59 | $11.39 | $136.68 |
| Skil 22PC Precision Screwdriver Set | DTY OS | Each | 1 | $1.88 | $1.88 | $4.45 | $4.45 |
| Skil 28pc Mini T-Handle Set | OTX | Each | 1 | $2.99 | $2.99 | $3.58 | $3.58 |
| Skil 25pc Mini Tool Set | OTX | Each | 1,014 | $5.59 | $5,666.23 | $6.00 | $6,084.00 |
| Skil Stubby Screwdrivers (8 Phillips, 8 | OTX | Each | 4,400 | $0.41 | $1,786.40 | $0.40 | $1,760.00 |
| Skil Black 3" Tactical Knife | OTX | Each | 560 | $4.32 | $2,421.44 | $8.41 | $4,709.60 |
| Skil  Camo 3" Tactical Knife | OTX | Each | 496 | $3.50 | $1,734.51 | $6.66 | $3,303.36 |
| SKIL 8in Ratch-N-Lock Pliers | OTX | Each | 732 | $8.66 | $6,339.12 | $11.59 | $8,483.88 |
| SKIL 8in Ratch-N-Lock Pliers | OTX | Each | 14,880 | $8.66 | $128,860.80 | $11.52 | $171,417.60 |
| SKIL 8in Ratch-N-Lock Pliers | OCEAN | Each | 15,000 | $7.50 | $112,500.00 | $18.24 | $273,600.00 |
| SKIL 8in Ratch-N-Lock Pliers | OTX | Each | 4,386 | $8.66 | $37,982.76 | $18.24 | $80,000.64 |
| SKIL Speed Slide Wrench | OTX | Each | 4,524 | $5.74 | $25,963.24 | $11.24 | $50,849.76 |
| SKIL Speed Slide Wrench | OTX | Each | 8,100 | $5.79 | $46,899.00 | $8.25 | $66,825.00 |
| SKIL Adjustable Ratcheting Wrench | OTX | Each | 1,020 | $7.25 | $7,395.00 | $7.25 | $7,395.00 |
| SKIL 4pc Secure Grip Box Wrench Set | OTX | Each | 534 | $8.87 | $4,735.51 | $12.42 | $6,632.28 |
| SKIL 4pc Secure Grip Box Wrench Set | OTX | Each | 25,349 | $6.79 | $172,119.71 | $14.11 | $357,674.39 |
| SKIL 4pc Secure Grip Box Wrench Set | OTX | Each | 4,056 | $8.04 | $32,589.96 | $14.11 | $57,230.16 |
| SKIL 4-Piece Secure-Grip Box Wrench Set | OCEAN | Each | 15,000 | $7.28 | $109,200.00 | $12.42 | $186,300.00 |
| SKIL 4-Piece Secure-Grip Box Wrench Set | OTX | Each | 8,400 | $8.87 | $74,499.60 | $12.42 | $104,328.00 |
| SKIL 2pc Screwdriver Flashlight Set with | OTX | Each | 90 | $7.83 | $704.52 | $10.30 | $927.00 |
| SKIL 2pc Screwdriver Flashlight Set with | OTX | Each | 79 | $7.40 | $584.84 | $10.30 | $813.70 |
| SKIL 2pc Screwdriver Flashlight Set with | OTX | Each | 50 | $7.83 | $391.40 | $10.30 | $515.00 |
| SKIL 24" AccuLevel | OTX | Each | 2,100 | $4.48 | $9,397.50 | $7.41 | $15,561.00 |
| SKIL Retract-a-Bit Screwdriver | OTX | Each | 15,222 | $4.26 | $64,784.83 | $6.50 | $98,943.00 |
| SKIL Retract-a-Bit Screwdriver | OTX | Each | 162 | $4.26 | $689.96 | $6.50 | $1,053.00 |
| 28pc Interchangeable Blade Screwdriver S | OTX | Each | 1,992 | $2.60 | $5,185.18 | $3.15 | $6,274.80 |
| SKIL Tool Box with 2 Bonus Tool Sets | OTX | Each | 52 | $9.92 | $515.84 | $12.93 | $672.36 |
| Vermont American 6LED Flashlight with La | OTX | Each | 15,768 | $2.20 | $34,705.37 | $2.80 | $44,150.40 |
| Vermont American Penlight | OTX | Each | 15,396 | $2.05 | $31,607.99 | $3.19 | $49,113.24 |
| Vermont American 6pc Precision Screwdriv | OTX | Each | 1,236 | $2.44 | $3,017.08 | $4.71 | $5,821.56 |
| Vermont American 9in Magnetic Torpedo Le | OTX | Each | 29,964 | $0.77 | $23,132.21 | $1.74 | $52,137.36 |
| Vermont America Mini Multi Tool | OTX | Each | 10,452 | $2.32 | $24,206.83 | $3.34 | $34,909.68 |
| Vermont American 3pc Retrieval Set | OTX | Each | 192 | $2.94 | $560.67 | $2.50 | $480.00 |
| Vermont American 1pc 12in Hack Saw | OTX | Each | 15,912 | $2.02 | $32,174.06 | $3.60 | $57,283.20 |
| Vermont American 23pc Precision Screwdri | OTX | Each | 264 | $2.30 | $606.67 | $2.50 | $660.00 |
| Vermont American Mini Folding Tool | OTX | Each | 35,820 | $1.56 | $55,843.38 | $1.75 | $62,685.00 |
| Vermont American 6 in 1 Screwdriver | OTX | Each | 29,964 | $1.21 | $36,136.58 | $1.75 | $52,437.00 |
| Vermont American 2PK Retractable Knife | OTX | Each | 12,672 | $3.09 | $39,131.14 | $4.18 | $52,968.96 |
| Vermont American 10 inch Groove Joint Pl | IBTFL | Each | 250 | $9.51 | $2,377.00 | $10.50 | $2,625.00 |
| Workforce 6" Slip Joint Pliers | OTX | Each | 61,020 | $1.20 | $73,040.94 | $0.88 | $53,697.60 |

| Description | Warehouse | UOM | QOH | Unit Cost | Inv Value | Wholesale | Wholesale Value |
|---|---|---|---|---|---|---|---|
| HDX 31pc Ratcheting T-Driver Set | I-NET | Each | | | | $ 8.27 | $ 82.70 |
| HDX 6in Slip Joint Pliers | I-NET | Each | 54 | $ 0.95 | $ 51.19 | $ 1.24 | $ 66.96 |
| HDX 6in Long Nose Pliers | I-NET | Each | 54 | $ 0.94 | $ 50.81 | $ 0.58 | $ 31.32 |
| HDX 5in Locking Pliers | I-NET | Each | 67 | $ 1.32 | $ 88.44 | $ 1.77 | $ 118.59 |
| HDX 25ft Tape Measure | OTX | Each | 280 | $ 2.24 | $ 625.80 | $ 3.80 | $ 1,064.00 |
| HDX 1pc 6in Adjustable Wrench | I-NET | Each | 19 | $ 1.45 | $ 27.61 | $ 1.83 | $ 34.77 |
| HDX 1pc 6.5in Long Nose Locking Pliers | I-NET | Each | 44 | $ 1.53 | $ 67.36 | $ 1.98 | $ 87.12 |
| HDX 1pc 8in Groove Joint Pliers | I-NET | Each | 72 | $ 1.55 | $ 111.74 | $ 1.71 | $ 123.12 |
| HDX 10pc Interchangeable Blade Screwdriv | I-NET | Each | 91 | $ 2.72 | $ 247.07 | $ 4.39 | $ 399.49 |
| HDX 3pc Snips Set | I-NET | Each | 23 | $ 5.64 | $ 129.61 | $ 3.39 | $ 77.97 |
| Husky 3pc Indexing Pliers Set | I-NET | Each | 175 | $ 12.02 | $ 2,103.33 | $ 14.93 | $ 2,612.75 |
| Husky 3pc Interchangeable Wrench Set | I-NET | Each | 852 | $ 7.86 | $ 6,696.72 | $ 11.50 | $ 9,798.00 |
| Husky 3pc Adjustable Wrench Set | OTX | Each | 1 | $ 11.06 | $ 11.06 | $ 8.62 | $ 8.62 |
| Husky 25' Tape Measure | OTX | Each | 2 | $ 6.87 | $ 13.73 | $ 8.90 | $ 17.80 |
| HKY 85pc SD Set | OTX | Each | 1 | $ 12.30 | $ 12.30 | $ 17.59 | $ 17.59 |
| HKY Medium Utility Knife | I-NET | Each | 906 | $ 2.25 | $ 2,042.12 | $ 2.65 | $ 2,400.90 |
| Husky Medium Utility Knife Replacement B | I-NET | Each | 1,491 | $ 0.26 | $ 387.66 | $ 0.55 | $ 820.05 |
| Husky 10" Metal Cutting Snips | I-NET | Each | 116 | $ 2.64 | $ 306.36 | $ 3.39 | $ 393.24 |
| HKY 5pk Multi Color Knife | OTX | Each | 1 | $ 11.65 | $ 11.65 | $ 13.50 | $ 13.50 |
| Husky Stubby Hammer | OTX | Each | 2 | $ 1.61 | $ 3.22 | $ 2.76 | $ 5.52 |
| Husky 23pc 1/4inch Driver Socket Set | OTX | Each | 212 | $ 2.24 | $ 474.88 | $ 4.38 | $ 928.56 |
| Husky Mini Knife Replacement Blades (5pk | I-NET | Each | 144 | $ 0.22 | $ 31.68 | $ 0.47 | $ 67.68 |
| Husky 5pc Pliers Set with Bonus 6" Adjus | OTX | Each | 3 | $ 7.26 | $ 21.79 | $ 9.17 | $ 27.51 |
| Husky 123pc Tool Set w/ Bounus 36pc Prec | OTX | Each | 13 | $ 32.27 | $ 419.45 | $ 40.70 | $ 529.10 |
| Husky 40pc Mini Stubby Set | OTX | Each | 75 | $ 5.31 | $ 398.25 | $ 7.94 | $ 595.50 |
| Husky Dual Sided Stubby Ratchet & Socket | OTX | Each | 2 | $ 6.35 | $ 12.70 | $ 8.73 | $ 17.46 |
| Husky Ultimate Screwdriver Set | OTX | Each | 6 | $ 6.47 | $ 38.82 | $ 9.28 | $ 55.68 |
| Husky 3pk Titanium Scissors Set w/ Bonus | I-NET | Each | 22 | $ 5.91 | $ 129.91 | $ 6.98 | $ 153.56 |
| Husky 28pc Mini T-Handle Set | OTX | Each | 1 | $ 2.67 | $ 2.67 | $ 2.00 | $ 2.00 |
| Husky 3pk Folding Utility Knife Set | OTX | Each | 2 | $ 2.29 | $ 4.58 | $ 7.83 | $ 15.66 |
| Husky 30pc Ratcheting Screwdriver Tool S | OTX | Each | 7 | $ 2.71 | $ 18.97 | $ 3.94 | $ 27.58 |
| Husky 20pc T-Driver Screwdriver Set | OTX | Each | 1 | $ 5.00 | $ 5.00 | $ 8.75 | $ 8.75 |
| Husky 4pk Pliers with Bonus Adjustable W | OTX | Each | 217 | $ 7.26 | $ 1,575.42 | $ 9.19 | $ 1,994.23 |
| Husky Work Bench Mechanics Set | OTX | Each | 3 | $ 12.19 | $ 36.58 | $ 9.00 | $ 27.00 |
| Husky 6"Adjustable Wrench in Soldier Pac | I-NET | Each | 286 | $ 1.52 | $ 434.72 | $ 2.68 | $ 766.48 |
| Husky 8" Auto-Release Adjustable Wrench | I-NET | Each | 7 | $ 7.70 | $ 53.93 | $ 10.22 | $ 71.54 |
| Husky 52pc RatchetingT-Driver Set | OTX | Each | 1 | $ 5.88 | $ 5.88 | $ 8.73 | $ 8.73 |
| Husky 10pc Screwdriver Set | OTX | Each | 5 | $ 6.67 | $ 33.37 | $ 8.46 | $ 42.30 |
| Husky 60pc Ratcheting Screwdriver Set | OTX | Each | 8 | $ 7.05 | $ 56.42 | $ 8.76 | $ 70.08 |
| Husky Insider Screwdriver with Bits | OTX | Each | 1 | $ 2.12 | $ 2.12 | $ 3.78 | $ 3.78 |
| Husky Quick Change Screwdriver | OTX | Each | 72 | $ 2.42 | $ 173.88 | $ 4.18 | $ 300.96 |
| Husky 30ft Tape Measure | OTX | Each | 2 | $ 8.07 | $ 16.14 | $ 11.48 | $ 22.96 |
| Husky 12ft Chrome Tape Measure | I-NET | Each | 41 | $ 1.73 | $ 70.97 | $ 3.52 | $ 144.32 |
| Husky 4pc Chrome Tape Measure Set (25ft, | I-NET | Each | 356 | $ 7.20 | $ 2,563.20 | $ 6.53 | $ 2,324.68 |
| Husky 2pc Scissor Set (Heavy Duty Utilit | I-NET | Each | 1 | $ 7.80 | $ 7.80 | $ 6.93 | $ 6.93 |
| Husky 46pc Stubby Set | I-NET | Each | 408 | $ 9.18 | $ 3,746.66 | $ 12.98 | $ 5,295.84 |
| Husky 3pk T-Lock Knife Set with 6 Blade | I-NET | Each | 123 | $ 7.58 | $ 932.59 | $ 8.80 | $ 1,082.40 |
| Husky 8" Strap Wrench | I-NET | Each | 24 | $ 3.20 | $ 76.78 | $ 3.47 | $ 83.28 |
| Husky 1pc 1in C Clamp | I-NET | Each | 2 | $ 0.45 | $ 0.89 | $ 0.47 | $ 0.94 |
| Husky 1pc 2in C Clamp | I-NET | Each | 33 | $ 0.58 | $ 19.14 | $ 0.66 | $ 21.78 |
| Husky 1pc 3in C Clamp | I-NET | Each | 50 | $ 0.96 | $ 47.95 | $ 1.02 | $ 51.00 |
| Husky 1pc 4in C Clamp | I-NET | Each | 198 | $ 1.89 | $ 373.82 | $ 2.40 | $ 475.20 |
| Husky 1pc 6in C Clamp | I-NET | Each | 321 | $ 2.91 | $ 932.83 | $ 3.23 | $ 1,036.83 |
| Husky 1pc 8in C Clamp | I-NET | Each | 49 | $ 4.14 | $ 202.96 | $ 4.71 | $ 230.79 |
| Husky 23pc Precision Ratcheting Screwdri | I-NET | Each | 461 | $ 2.64 | $ 1,215.20 | $ 3.16 | $ 1,456.76 |
| Iron Bridge Tools 2pk 6LED Chopper Flash | OTX | Each | 17 | $ 3.00 | $ 51.00 | $ 5.37 | $ 91.29 |
| Iron Bridge Tools 2pk 6LED Chopper Flash | I-NET | Each | 184 | $ 3.11 | $ 572.24 | $ 5.37 | $ 988.08 |
| Iron Bridge Tools 2pk Flame Flashlight S | OTX | Each | 1 | $ 3.02 | $ 3.02 | $ 4.25 | $ 4.25 |
| 9LED Flashlight with 2 Mini Headlamps (3 | OTX | Each | 1 | $ 2.31 | $ 2.31 | $ 1.00 | $ 1.00 |
| 6" Slip Joint Pliers (No Brand) | I-NET | Each | 1 | $ 0.71 | $ 0.71 | $ 0.87 | $ 0.87 |
| 2x4 Phillips Head Screwdriver (No Brand) | I-NET | Each | 356 | $ 0.42 | $ 150.94 | $ 0.53 | $ 188.68 |
| 2x4 Slotted Head Screwdriver (No Brand) | I-NET | Each | 72 | $ 0.41 | $ 29.23 | $ 0.53 | $ 38.16 |
| Utility Knife (No Brand) | I-NET | Each | 697 | $ 0.69 | $ 480.23 | $ 0.74 | $ 515.78 |
| 1/4 Mini Ratchet | OTX | Each | 6 | $ 1.31 | $ 7.85 | $ 1.66 | $ 9.96 |
| OPP 6ft Mag Tape (Multiple Colors) | I-NET | Each | 5,068 | $ 0.66 | $ 3,360.08 | $ 0.91 | $ 4,611.88 |
| BAKER'S DOZEN (Pack of 13) LED Flame Fla | I-NET | Each | 24 | $ 0.80 | $ 19.08 | $ 16.57 | $ 397.68 |
| BAKER'S DOZEN (Pack of 13) LED Super Bri | I-NET | Each | 607 | $ 9.48 | $ 5,754.97 | $ 16.57 | $ 10,057.99 |
| OPP 9pc Precision Tool Set | OTX | Each | 3 | $ 0.98 | $ 2.94 | $ 1.73 | $ 5.19 |
| Single 6LED Rubber Flashlight | OTX | Each | 1 | $ 0.65 | $ 0.65 | $ 1.18 | $ 1.18 |
| Flame Tool Set: Flame Knife, Flame 6LED | I-NET | Each | 190 | $ 3.63 | $ 689.70 | $ 7.02 | $ 1,333.80 |
| 8pk 6LED Aluminum Flashlight Set | OTX | Each | 10 | $ 6.44 | $ 64.37 | $ 6.35 | $ 63.50 |
| OPP 4pc Pick & Hook Set | OTX | Each | 180 | $ 1.44 | $ 258.48 | $ 3.04 | $ 547.20 |
| 6" Adjustable Wrench | OTX | Each | 2 | $ 1.12 | $ 2.24 | $ 1.38 | $ 2.76 |
| 6" Slip Joint Pliers | I-NET | Each | 272 | $ 0.87 | $ 236.91 | $ 0.58 | $ 157.76 |
| 2pk Mini Engine Flashlight Set | OTX | Each | 2 | $ 2.83 | $ 5.66 | $ 4.29 | $ 8.58 |
| 5pk Smaller Magnetic Flashlight Set | OTX | Each | 4 | $ 6.73 | $ 26.90 | $ 8.86 | $ 35.44 |
| Air Stool | I-NET | Each | 967 | $ 38.95 | $ 37,664.65 | $ 46.44 | $ 44,907.48 |
| 4pk 4LED Headlamp Set | OTX | Each | 5 | $ 4.16 | $ 20.82 | $ 7.58 | $ 37.90 |
| 2pk Clip Anywhere Light | I-NET | Each | 21 | $ 2.48 | $ 52.16 | $ 5.78 | $ 121.38 |
| Accu-Hooks Picture Hanging Hooks | OTX | Each | 50 | $ 0.43 | $ 21.25 | $ 0.70 | $ 35.00 |
| Skil Mini Carabiner Knife | OTX | Each | 22 | $ 1.88 | $ 41.25 | $ 4.11 | $ 90.42 |
| Stud Finder | OTX | Each | 95 | $ 4.29 | $ 407.93 | $ 6.57 | $ 624.15 |

| Description | Warehouse | UOM | QOH | Unit Cost | Inv Value | Wholesale | Wholesale Value |
|---|---|---|---|---|---|---|---|
| Skil 40pc Mini Stubby Set | OTX | Each | 609 | $ 11.30 | $ 6,882.74 | $ 11.39 | $ 6,936.51 |
| Skil 22pc Dual Sided Ratchet & Socket Se | OTX | Each | 405 | $ 5.69 | $ 2,302.43 | $ 12.19 | $ 4,936.95 |
| Skil 25pc Mini Tool Set | OTX | Each | 5 | $ 5.58 | $ 27.90 | $ 6.00 | $ 30.00 |
| 45pc T Handle Household Tool Kit | OTX | Each | 642 | $ 6.51 | $ 4,179.42 | $ 10.59 | $ 6,798.78 |
| Skil 6pc Folding Screwdriver with Carabi | OTX | Each | 38 | $ 0.96 | $ 36.48 | $ 2.34 | $ 88.92 |
| Skil Stubby Screwdrivers (8 Phillips, 8 | OTX | Each | 62 | $ 0.27 | $ 16.93 | $ 0.81 | $ 50.22 |
| Skil 20pc 1/4" Drive Socket Set | OTX | Each | 446 | $ 2.15 | $ 958.90 | $ 3.25 | $ 1,449.50 |
| Skil Keychain Bottle Opener | OTX | Each | 66 | $ 1.83 | $ 120.45 | $ 2.32 | $ 153.12 |
| Skil 6pc Precision Screwdriver | OTX | Each | 1 | $ 2.35 | $ 2.35 | $ 4.71 | $ 4.71 |
| Skil 9.5" Spring Scissors | OTX | Each | 5 | $ 2.54 | $ 12.72 | $ 5.73 | $ 28.65 |
| SKIL 2pc Titanium Scissors Set | OTX | Each | 2,592 | $ 5.38 | $ 13,952.74 | $ 6.90 | $ 17,884.80 |
| SKIL 8in Ratch-N-Lock Pliers | I-NET | Each | 796 | $ 8.20 | $ 6,528.00 | $ 14.93 | $ 11,884.28 |
| SKIL 8in Ratch-N-Lock Pliers | OTX | Each | 343 | $ 8.20 | $ 2,812.94 | $ 14.93 | $ 5,120.99 |
| SKIL Speed Slide Wrench | OTX | Each | 1,293 | $ 5.90 | $ 7,628.70 | $ 11.90 | $ 15,386.70 |
| SKIL Fast Ratchet Adjustable Wrench | OTX | Each | 892 | $ 8.33 | $ 7,432.14 | $ 9.53 | $ 8,500.76 |
| SKIL 4-Piece Secure-Grip Box Wrench Set | I-NET | Each | 63 | $ 7.93 | $ 499.59 | $ 12.42 | $ 782.46 |
| SKIL 4-Piece Secure-Grip Box Wrench Set | OTX | Each | 240 | $ 7.93 | $ 1,902.00 | $ 12.42 | $ 2,980.80 |
| Skil TriDriver Ratcheting Wrench | OCEAN | Each | 5,000 | $ 6.97 | $ 34,850.00 | $ 9.90 | $ 49,500.00 |
| Skil TriDriver Ratcheting Wrench | OTX | Each | 2,802 | $ 8.05 | $ 22,550.50 | $ 9.90 | $ 27,739.80 |
| SKIL 24" AccuLevel | OTX | Each | 65 | $ 4.47 | $ 290.81 | $ 7.41 | $ 481.65 |
| SKIL 2pc Chrome Retract-A-Bit Set | OTX | Each | 6,170 | $ 9.05 | $ 55,838.50 | $ 6.50 | $ 40,105.00 |
| Single Flame Flashlight - Single Skull | I-NET | Each | 233 | $ 1.32 | $ 307.56 | $ 3.03 | $ 705.99 |
| Single Flame Flashlight - 3 Skulls | I-NET | Each | 241 | $ 1.32 | $ 316.92 | $ 3.03 | $ 730.23 |
| Single Flame Flashlight - Skull with Hel | I-NET | Each | 267 | $ 1.32 | $ 351.11 | $ 3.03 | $ 809.01 |
| Single Tattoo Flashlight - Skull with Sn | I-NET | Each | 251 | $ 1.32 | $ 331.32 | $ 3.03 | $ 760.53 |
| Single Tattoo Flashlight - Skull with Ch | I-NET | Each | 255 | $ 1.32 | $ 336.60 | $ 3.03 | $ 772.65 |
| Single Tattoo Flashlight - Dog with Skul | I-NET | Each | 254 | $ 1.31 | $ 332.74 | $ 3.03 | $ 769.62 |
| Single Medallion Flashlight - Clover | I-NET | Each | 46 | $ 2.09 | $ 96.19 | $ 3.60 | $ 165.60 |
| Single Medallion Flashlight - Heart | I-NET | Each | 251 | $ 2.10 | $ 527.85 | $ 3.60 | $ 903.60 |
| Single Medallion Flashlight - Multice | I-NET | Each | 229 | $ 1.21 | $ 277.78 | $ 3.60 | $ 824.40 |
| Mini Revolution Measure | I-NET | Each | 40 | $ 17.38 | $ 695.04 | $ 15.35 | $ 614.00 |
| Workforce 6" Long Nose Pliers | OTX | Each | 1 | $ 1.12 | $ 1.12 | $ 1.06 | $ 1.06 |
| Workforce 8" Groove Joint Pliers | OTX | Each | 2 | $ 1.63 | $ 3.25 | $ 1.29 | $ 2.58 |

**Fill in this information to identify the case:**

Debtor name    **Iron Bridge Tools, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **16-17505-RBR**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   **Bridgeport Capital Fund, LLC**

Creditor's Name

**PO Box 27740**
**Las Vegas, NV 89126**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/5/2009**

Last 4 digits of account number
**2POA**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC-1**

**Describe the lien**
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Amount of claim:** $669,097.32    **Value of collateral:** $0.00

---

**2.2**   **Gateway Trade Funding Co., 2, LLC**

Creditor's Name

**c/o Mark Polinsky, President**
**500 N. Lake Cook Road**
**Suite 420**
**Deerfield, IL 60015**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**4/15/2014**

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**UCC-1**

**Describe the lien**
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Amount of claim:** $380,283.28    **Value of collateral:** $0.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    

| Debtor | **Iron Bridge Tools, Inc.** | Case number (if know) | **16-17505-RBR** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

**2.3**  **Great Knives Manufacture Co., LTD.**
Creditor's Name

**c/o Anthony Kang, Esq.
Arnstein & Lehr, LLP
200 South Biscayne Blvd.,
Suite 3600
Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**UCC-1**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$548,432.00 | $0.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

**2.4**  **Hardy Haenisch**
Creditor's Name

**16030 Arthur Street
Cerritos, CA 90703**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**UCC-1**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$900,000.00 | $0.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

**2.5**  **OTX Logistics, Inc.**   **Describe debtor's property that is subject to a lien**   $1,226,358.76 | $0.00

---

Debtor    **Iron Bridge Tools, Inc.**                    Case number (if know)    **16-17505-RBR**
          Name

Creditor's Name

**c/o Hardy Haenisch,**
**President**
**16030 Arthur Street**
**Cerritos, CA 90703**

**UCC-1**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>■ Unliquidated<br>■ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$3,724,171.36**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Clark Hill PLC**<br>**c/o Scott N. Schreiber, Esq.**<br>**150 N. Michigan Avenue**<br>**Suite 2700**<br>**Chicago, IL 60601** | Line  **2.2** | |
| **Genovese Joblove & Battista, P.A.**<br>**c/o Barry P. Gruher, Esq.**<br>**PNC Bank Building**<br>**200 East Broward Blvd., Suite 1110**<br>**Fort Lauderdale, FL 33301** | Line  **2.1** | |
| **Shraiberg, Ferrara, Landua & Page, P.A.**<br>**c/o Bradley S. Shraiberg, Esq.,**<br>**2385 NW Executive Drive**<br>**Suite 300**<br>**Boca Raton, FL 33431** | Line  **2.2** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Iron Bridge Tools, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **16-17505-RBR**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| **Bankruptcy Specialist** **Internal Revenue Service** **290 Broadway** **New York, NY 10007** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Notice Purpose** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| **Broward County Revenue Collector** **115 S. Andrews Avenue** **Suite 423** **Fort Lauderdale, FL 33301** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Notice Purpose** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **Iron Bridge Tools, Inc.** | | Case number (if known) | **16-17505-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**Employment Development
Department
Taxpayer Assistance Center
PO Box 826880
Sacramento, CA 94280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,482.46** | $0.00 |
|---|---|---|---|---|

**Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,140.85** | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board
PO Box 942840
Sacramento, CA 94240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**California Income Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**Georgia Department of Revenue
Processing Center
PO Box 740320
Atlanta, GA 30374**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purpose**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Iron Bridge Tools, Inc.** | Case number *(if known)* | **16-17505-RBR** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$158,086.60** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**941 Taxes**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Compliance Services Insolvency**
**STOP 5730**
**7850 Southwest 6th Court**
**Plantation, FL 33324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Pupose**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,546.30** | **$0.00** |
|---|---|---|---|---|

**Michigan Department of Treasury**
**Tax Policy Division**
**Attention: Litigation Liason, 2nd**
**Floor**
**430 West Allegan Street**
**Lansing, MI 48922**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Michigan Income & Umemployment Taxes**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**US Attorney General**
**US Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purpose**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)
☐ Yes

---

| Debtor | **Iron Bridge Tools, Inc.** | Case number (if known) | **16-17505-RBR** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**US District Attorney Office**
**500 E. Broward Blvd.**
**Fort Lauderdale, FL 33394**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purpose**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**US Securities and Exchange**
**Commission**
**Office of Reorganization**
**950 East Paces Ferry Road, Suite**
**900**
**Atlanta, GA 30326-1382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purpose**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$304.50** |
|---|---|---|---|

**AFLAC**
**1932 WYNNTON ROAD**
**Columbus, GA 31999**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Insurance**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,958.42** |
|---|---|---|---|

**Agfa Corporation**
**P.O.Box 2123**
**Carol Stream, IL 60132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$474.61** |
|---|---|---|---|

**Alissa Robinson**
**624 S. Military Trail**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Bookkepping Fees**

Is the claim subject to offset?   ■ No   ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Iron Bridge Tools, Inc.** | | Case number *(if known)* | **16-17505-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,078.55 |
|---|---|---|---|

**Broward County Tax Collection**
**115 S. Andrews Ave #A100**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,624.00 |
|---|---|---|---|

**CBIZ MHM LLC**
**P.O.BOX 953152**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $353.14 |
|---|---|---|---|

**Commerce Technologies,Inc.**
**25736 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116,000.00 |
|---|---|---|---|

**Consumer Advocacy Group, Inc.**
**c/o Yeroushalmi & Yeroushalmi**
**9100 Wilshire Boulevard**
**Suite 240W**
**Beverly Hills, CA 90212**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/15/2016__

**Basis for the claim:** __Consent Final Judgment, Superior Court of the State of California, County of Los Angeles-Stanley Mosk__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coopersmith, Inc.**
**PO Box 51845**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,362.25 |
|---|---|---|---|

**CRGO Greenberg, LLC**
**7900 Glades Road suite 520**
**Boca Raton, FL 33434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $995.00 |
|---|---|---|---|

**CSA Group**
**c/o Robert Feltes, Collections**
**8501 East Pleasant Vally Road**
**Independence, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Iron Bridge Tools, Inc.**                                        Case number *(if known)*    **16-17505-RBR**
_____                                        _____
Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206,000.00** |
|---|---|---|---|

**Dan DeLaRosa**
**300 E 77th Street**
**Suite 24C**
**New York, NY 10075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800,000.00** |
|---|---|---|---|

**Everpower Group Co., Ltd.**
**Ningbo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,617.20** |
|---|---|---|---|

**Fedex**
**PO Box 660481**
**Dallas, TX 15252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,726.83** |
|---|---|---|---|

**Fedex**
**PO Box 371461**
**Pittsburgh, PA 15252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Fedex Freight**
**Dept LA P.O. Box 21415**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$309.95** |
|---|---|---|---|

**Fidelity Security Life Ins/Eyemed**
**PO Box 0821**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,288.33** |
|---|---|---|---|

**Florida Power & Light**
**General Mail Facility**
**Miami, FL 33188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Iron Bridge Tools, Inc.** | Case number (if known) | **16-17505-RBR** |
|---|---|---|---|

Name

---

**3.18**

Nonpriority creditor's name and mailing address
**FMS Lawyer, PL**
**9900 Stirling Road, Suite 226**
**Hollywood, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$298,201.35**

---

**3.19**

Nonpriority creditor's name and mailing address
**GSI Environmental Inc.**
**2211 Northfolk Street, Suite 1000**
**Houston, TX 77098**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,372.90**

---

**3.20**

Nonpriority creditor's name and mailing address
**Hartford Insurance Group**
**PO Box 2907**
**Hartford, CT 06155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$333.56**

---

**3.21**

Nonpriority creditor's name and mailing address
**INSTRON**
**75 Remittance Drive**
**Suite 6826**
**Chicago, IL 60675**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,036.90**

---

**3.22**

Nonpriority creditor's name and mailing address
**IVY Quorum, LLC**
**c/o Ivy Quorum Property, LLC**
**One Paragon Drive**
**Suite 125**
**Montvale, NJ 07645**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Property Lease located at:**
**624 S. Military Trail**
**Deerfield Beach, FL 33445**

Is the claim subject to offset? ■ No ☐ Yes

**$173,560.85**

---

**3.23**

Nonpriority creditor's name and mailing address
**Jacob Enterprises, Inc.**
**275 Center Road**
**Suite 105**
**Monroeville, PA 15146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,136.95**

---

**3.24**

Nonpriority creditor's name and mailing address
**JP Advisors, LLC**
**1732 Farmington Circle**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting Services**

Is the claim subject to offset? ■ No ☐ Yes

**$29,400.00**

---

Debtor **Iron Bridge Tools, Inc.**
Name

Case number *(if known)* **16-17505-RBR**

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Lincoln National Life Insurance Company**<br>**PO Box 0821**<br>**Carol Stream, IL 60132**<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,613.07** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Lisa Robinson**<br>**8325 NW 60th Place**<br>**Parkland, FL 33037**<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$259,000.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Liu, Shen & Associates US LLC**<br>**195 N. Harbor Drive,**<br>**Suite 3504**<br>**Chicago, IL 60601**<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$53,922.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Louis Thurman**<br>**15873 Meadows King Court**<br>**Alpharetta, GA 30004**<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Notice Purpose**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Meridian International Co., Ltd USA**<br>**7442 South Tucson Way**<br>**Suite 120A**<br>**Centennial, CO 80112**<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,274,057.43** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Milner Inc**<br>**PO Box 41602**<br>**Philadelphia, PA 19101**<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Two Ricoh MPC3003 Copiers**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$700.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Milner Inc.**<br>**PO Box 923197**<br>**Norcross, GA 30010**<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,955.48** |

Debtor   **Iron Bridge Tools, Inc.**

<span style="font-size:small">Name</span>

Case number *(if known)*   **16-17505-RBR**

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,835.30 |
|---|---|---|---|

**ModernTech Mechanical**
**1626 Downtown West Blvd.**
**Knoxville, TN 37919**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,398.71 |
|---|---|---|---|

**Neighborhood Health**
**PO Box 580046**
**Charlotte, NC 28258**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,970.48 |
|---|---|---|---|

**Nigel Buchanan**
**Beechtree Cottage, New Gilston**
**By Leven, Fife**
**KY8 5TF, Scotland, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,321.85 |
|---|---|---|---|

**Office Depot**
**PO Box 633211**
**Cincinnati, OH 45263**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 |
|---|---|---|---|

**OPro Translation**
**2850 Douglas Rd. Fl 2nd**
**Miami, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Translation Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $304.62 |
|---|---|---|---|

**Orkin-S Florida Comm, FL**
**PO Box 22780**
**Fort Lauderdale, FL 33335**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,948.57 |
|---|---|---|---|

**Packaging Corporation of America**
**9700 E. Frontage Road**
**South Gate, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Iron Bridge Tools, Inc.** | Case number (if known) | **16-17505-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Pei Hua International Trading Comp Ltd.**
**4f-1, 262,Sec.2,HWA Mei Street, North Di**
**TAICHUNG**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$70,776.82**

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Replicon, Inc.**
**DEP CH 19113**
**Palatine, IL 60055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,468.98**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Retract-A-Bit**
**965 Wilson Avenue**
**Kitchener, Canada N2C 1J1**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$396,658.22**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Robert Bosch Tool Corporation**
**1800 West Central Road**
**Mount Prospect, IL 60056**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Master Trademark License Agreement__

Is the claim subject to offset? ■ No ☐ Yes

**$150,000.00**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**RR Donnelley Logistics**
**Service Worldwide, Inc.**
**PO Box 932721**
**Cleveland, OH 44193**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Freight Forwarding__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Scanwell Logistics (CHI) Inc.**
**2455 Arthur Ave**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$36,420.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Sears Roebuck & Co.**
**PO Box 2254**
**Omaha, NE 68103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Iron Bridge Tools, Inc.** | Case number (if known) | **16-17505-RBR** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82,704.86** |
|---|---|---|---|

**Shopper Events LLC**
**Lock Box 749239**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$387.59** |
|---|---|---|---|

**SHRED-IT ,USA LLC**
**11311 Cornell Park Drive**
**Suite 125**
**Blue Ash, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,302.00** |
|---|---|---|---|

**Snap Buisness Supply & Service Inc.**
**107 Roy Street**
**New Lenox, IL 60451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$156,193.75** |
|---|---|---|---|

**Southeast Computer Solutions**
**15165 NW 77 Avenue**
**Suite 2009**
**Hialeah, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Stephen Gould Corp**
**1101 N Keller Road**
**Orlando, FL 32810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$215.16** |
|---|---|---|---|

**Sterling Info System, Inc.**
**PO Box 35626**
**Newark, NJ 07193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,568.92** |
|---|---|---|---|

**Technicolor Global Logistics, LLC**
**3233 E Mission Oaks Blvd.**
**Camarillo, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Iron Bridge Tools, Inc.**
Name

Case number (if known) **16-17505-RBR**

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,495.00 |

**The Solid Experts**
2005 W. Cypress Creek Road
Suite 105
Fort Lauderdale, FL 33309

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,071.75 |

**Traci.net**
550 Fairway Drive
Suite 102
Deerfield Beach, FL 33441

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490,805.42 |

**True Value**
8600 W Bryn Mawr Avenue
Chicago, IL 60631

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,723.90 |

**Tyco Intergrated Security, LLC**
PO Box 371967
Pittsburgh, PA 15250

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.09 |

**Uline, Inc.**
PO Box 88741
Chicago, IL 60680

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,949.02 |

**Verizon**
PO Box 660108
Dallas, TX 75266

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,275.93 |

**Weiss Serota Helfman Pastoriza Cole &**
200 East Broward Blvd.
Suite 1900
Fort Lauderdale, FL 33301

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Iron Bridge Tools, Inc.**
_____
         Name

Case number (if known)   **16-17505-RBR**

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Wooldridge Associates,Inc.**
**5415 N Sherida Road**
**Unit 4205**
**Chicago, IL 60640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,855.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**XPO Logistics, Inc**
**27724 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,297.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**YRC Freight**
**PO Box 93151**
**Chicago, IL 60673-3151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Freight Forwarding**

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,885,335.75 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**ZheJiang Everpower Imp&Exp co.,LTD**
**Ningbo**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------------------------|--------------------------------------------------------------------------|-----------------------------------------|
| 4.1 | **Broward County Revenue Collector**<br>**c/o Carl L. Kitchner, Esq.**<br>**115 S. Andrews Avenue**<br>**Suite 423**<br>**Fort Lauderdale, FL 33301** | Line **2.2**<br><br>☐ Not listed. Explain _ | _ |
| 4.2 | **Robert Bosch Co., Ltd.**<br>**625 King's Road**<br>**21st Floor**<br>**North Point, Hong Kong** | Line **3.42**<br><br>☐ Not listed. Explain _ | _ |
| 4.3 | **Robert Bosch, LLC**<br>**Attention: Legal Deparment**<br>**2800 South 25th Avenue**<br>**Broadview, IL 60155** | Line **3.42**<br><br>☐ Not listed. Explain _ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. | $       **164,256.21** |

| Debtor | **Iron Bridge Tools, Inc.** | Case number (*if known*) | **16-17505-RBR** |
|---|---|---|---|
| | Name | | |

**5b. Total claims from Part 2**                                                                          5b.    +    $              17,069,308.96

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.                                                                                         5c.         $              17,233,565.17

Official Form 206 E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     **Page 14 of 14**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Iron Bridge Tools, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **16-17505-RBR**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
       (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Trademark License Agreement** | |
| | State the term remaining | | **Credo Technology Corporation** |
| | List the contract number of any government contract | | **2800 South 25th Avenue** |
| | | | **Broadview, IL 60155** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease Agreement through May 31, 2019** | |
| | State the term remaining | **36 months** | |
| | List the contract number of any government contract | | **KTR Quorum, LLC** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement for Copiers** | |
| | State the term remaining | | **Milner Inc** |
| | List the contract number of any government contract | | **PO Box 41602** |
| | | | **Philadelphia, PA 19101** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Master Trademark Agreement** | |
| | State the term remaining | | **Robert Bosch Tool Corporation** |
| | List the contract number of any government contract | | **1800 West Central Road** |
| | | | **Mount Prospect, IL 60056** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Iron Bridge Tools, Inc.** | | Case number *(if known)* | **16-17505-RBR** |
| | First Name | Middle Name | Last Name | |

## ⬛ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Canadian Distribution Agreement** | |
| | State the term remaining | | **Task Tools**
**c/o Craig Caplan**
**6800 Dennett Place**
**Delta, BC V4G 1N4** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Iron Bridge Tools, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **16-17505-RBR**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Glenn Robinson** | **8325 NW 60th Place**<br>**Pompano Beach, FL 33067** | **Gateway Trade Funding Co., 2, LLC** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Iron Bridge Tools, Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF FLORIDA

Case number (if known)      **16-17505-RBR**

☐ Check if this is an
amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,063,414.00** |
    | **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$17,393,553.00** |
    | **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$24,676,855.00** |
    | **For the fiscal year:**<br>From  **1/01/2013** to **12/31/2013** | ■ Operating a business<br>☐ Other _____ | **$41,251,040.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor  **Iron Bridge Tools, Inc.** _____    Case number *(if known)*  **16-17505-RBR** _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **See Attached SOFA 3** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See Attached SOFA 4** | | $0.00 | |

---

5.  **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Great Knives Manufacture Co., LTD.**<br>**c/o Anthony Kang, Esq.**<br>**Arnstein & Lehr, LLP**<br>**200 South Biscayne Blvd., Suite 3600**<br>**Miami, FL 33131** | **Bank of America, garnishment account no. 0606** | **4/26/2016** | **$39.27** |
| **Great Knives Manufacture Co., LTD.**<br>**c/o Anthony Kang, Esq.**<br>**Arnstein & Lehr, LLP**<br>**200 South Biscayne Blvd., Suite 3600**<br>**Miami, FL 33131** | **Bank of America, garnishment account no. 0162** | **4/26/2016** | **$10.27** |
| **Great Knives Manufacture Co., LTD.**<br>**c/o Anthony Kang, Esq.**<br>**Arnstein & Lehr, LLP**<br>**200 South Biscayne Blvd., Suite 3600**<br>**Miami, FL 33131** | **Bank of America, garnishment account no. 1741** | **4/26/2016** | **$2,771.54** |

Debtor    **Iron Bridge Tools, Inc.**                                    Case number *(if known)*  **16-17505-RBR**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Great Knives Manufacture Co., LTD.**<br>**c/o Anthony Kang, Esq.**<br>**Arnstein & Lehr, LLP**<br>**200 South Biscayne Blvd., Suite 3600**<br>**Miami, FL 33131** | **Bank of America, garnishment account no. 3729** | 4/26/2016 | $169.94 |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Consumer Advocacy Group, Inc. v. Iron Bridge Tools, Inc.**<br>**BC585268** | **Intentional Tort** | **The Superior Court of California**<br>**County of Los Angeles**<br>**111 North Hill Street**<br>**Department 49**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Iron Bridge Tools, Inc. vs. Meridian International Co., Ltd., USA, Meridian International Co., Ltd.**<br>**13-cv-61289-Torres** | **Contract Default** | **US District Court Southern Florida**<br>**400 North Miami Avenue**<br>**Miami, FL 33128** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Great Knives Manufacture Co., Ltd., vs. Iron Bridge Tools, Inc., et al.**<br>**14-cv-61651-BB** | **Breach of Contract** | **US District Court Southern Florida**<br>**400 North Miami Avenue**<br>**Miami, FL 33128** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Steve Watson vs. Iron Bridge Tools, Inc., et al.**<br>**16-cv-60953-WJZ** | **Personal Injury** | **US District Court Southern Florida**<br>**400 North Miami Avenue**<br>**Miami, FL 33128** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor **Iron Bridge Tools, Inc.**       Case number *(if known)* **16-17505-RBR**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rice Pugatch Robinson Storfer & Cohen, P**<br>**101 NE Third Avenue**<br>**Suite 1800**<br>**Fort Lauderdale, FL 33301** | **Attorney's Fees** | **5/20/2016** | **$25,000.00** |
| | Email or website address<br>**capugatch@rprslaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor    **Iron Bridge Tools, Inc.**                                    Case number *(if known)*  **16-17505-RBR**

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Iron Bridge Tools, Inc.**

Case number *(if known)* **16-17505-RBR**

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page 6

Debtor    **Iron Bridge Tools, Inc.**

Case number *(if known)*  **16-17505-RBR**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **CBIZ MHM, LLC** <br> **c/o Kimberly Randolph, CPA** <br> **1675 N. Military Trail** <br> **Fifth Floor** <br> **Boca Raton, FL 33486** | **2013-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **CBIZ MHM, LLC** <br> **c/o Kimberly Randolph, CPA** <br> **1675 N. Military Trail** <br> **Fifth Floor** <br> **Boca Raton, FL 33486** | **2013-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Iron Bridge Tools, Inc.** <br> **624 S. Military Trail** <br> **Deerfield Beach, FL 33442** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Jonna Pirra** | **12/10/2015** | **$3,277,249.40, resale value** |

| Name and address of the person who has possession of inventory records |
|---|
| **Jonna Pirra** <br> **624 S. Military Trail** <br> **Deerfield Beach, FL 33442** |

Debtor   **Iron Bridge Tools, Inc.**                                    Case number *(if known)*  **16-17505-RBR**

---

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Glenn Robinson | 8325 NW 60th Place<br>Pompano Beach, FL 33067 | President | 100% ownership interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**Part 14:   Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**June 20, 2016**__

__**/s/ Glenn Robinson**__                            **Glenn Robinson**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# Iron Bridge Tools, Inc.
# SOFA 3
# Payments to Creditors within 90 days prior to Petition

**IRON BRIDGE TOOLS**
**02/25/2016-05/25/2016**

| Tran Type | Tran Date | Post Date | Post Comment | Post Amt |
|---|---|---|---|---|
| AP Check | 2/25/2016 | 2/25/2016 | Check: 0000021953 Doug Petty Sales and Consulting | $ (10,000.00) |
| Withdrawal | 2/11/2016 | 2/29/2016 | Tran: 0000002211-WD: AUDI FINCL | $ (2,847.80) |
| Withdrawal | 3/22/2016 | 3/31/2016 | Tran: 0000002260-WD: AUDI FINCL, | $ (2,847.80) |
| Withdrawal | 3/21/2016 | 3/31/2016 | Tran: 0000002261-WD: AUDI FINCL, | $ (2,847.80) |
| AP Check | 3/23/2016 | 3/23/2016 | Check: 0000003082 FMS Lawyer PL | $ (3,000.00) |
| AP Check | 3/25/2016 | 3/25/2016 | Check: 0000157945 FMS Lawyer PL | $ (4,000.00) |
| AP Check | 3/23/2016 | 3/23/2016 | Check: 0000316887 FMS Lawyer PL | $ (3,000.00) |
| AP Check | 2/29/2016 | 2/29/2016 | Check: 0000458517 FMS Lawyer PL | $ (3,000.00) |
| AP Check | 4/22/2016 | 4/22/2016 | Check: 0000342385 FMS Lawyer PL | $ (4,000.00) |
| AP Check | 3/2/2016 | 3/2/2016 | Check: 0000021960 Danillo Villefort | $ (2,900.00) |
| AP Check | 4/15/2016 | 4/15/2016 | Check: 0000022020 Danillo Villefort | $ (3,000.00) |
| AP Check | 3/16/2016 | 3/16/2016 | Check: 0000021991 Danillo Villefort | $ (3,000.00) |
| AP Check | 3/30/2016 | 3/30/2016 | Check: 0000022002 Danillo Villefort | $ (3,000.00) |
| AP Check | 5/11/2016 | 5/11/2016 | Check: 0000010015 Danillo Villefort | $ (3,000.00) |
| AP Check | 3/7/2016 | 3/7/2016 | Check: 0000021970 Ivy Quorum Property, LLC | $ (34,712.17) |
| AP Check | 3/31/2016 | 3/31/2016 | Check: 0000022006 Ivy Quorum Property, LLC | $ (34,712.17) |
| AP Check | 3/11/2016 | 3/11/2016 | Check: 0000021975 Digital Target Marketing. LLC | $ (1,176.24) |
| AP Check | 4/5/2016 | 4/5/2016 | Check: 0000022010 Digital Target Marketing. LLC | $ (5,916.81) |
| AP Check | 3/29/2016 | 3/29/2016 | Check: 0000022001 Digital Target Marketing. LLC | $ (5,243.80) |
| AP Check | 3/11/2016 | 3/11/2016 | Check: 0000021974 Coppersmith Inc | $ (10,943.50) |
| AP Check | 3/30/2016 | 3/30/2016 | Check: 0000022011 Coppersmith Inc | $ (7,284.00) |
| AP Check | 4/15/2016 | 4/15/2016 | Check: 0000022021 OTX Logistics, Inc. | $ (20,000.00) |
| AP Check | 4/15/2016 | 4/15/2016 | Check: 0000022022 OTX Logistics, Inc. | $ (40,000.00) |
| AP Check | 3/29/2016 | 3/29/2016 | Check: 0000358063 OTX Logistics, Inc. | $ (19,267.31) |
| AP Check | 3/28/2016 | 3/28/2016 | Check: 0001193630 OTX Logistics, Inc. | $ (15,334.00) |
| AP Check | 4/6/2016 | 4/6/2016 | Check: 0000328645 OTX Logistics, Inc. | $ (10,000.00) |
| AP Check | 4/7/2016 | 4/7/2016 | Check: 0000335807 OTX Logistics, Inc. | $ (10,000.00) |
| AP Check | 2/29/2016 | 2/29/2016 | Check: 0000458518 OTX Logistics, Inc. | $ (22,000.00) |
| AP Check | 3/29/2016 | 3/29/2016 | Check: 0000358063 OTX Logistics, Inc. | $ (19,267.31) |
| AP Check | 3/30/2016 | 3/30/2016 | Check: 0000372880 OTX Logistics, Inc. | $ (45,601.00) |
| AP Check | 5/6/2016 | 5/6/2016 | Check: 0000010009 OTX Logistics, Inc. | $ (40,000.00) |
| AP Check | 5/6/2016 | 5/6/2016 | Check: 0005062016 OTX Logistics, Inc. | $ (60,000.00) |
| AP Check | 4/25/2016 | 4/25/2016 | Check: 0000022030 Coppersmith Inc | $ (9,285.00) |
| AP Check | 4/20/2016 | 4/20/2016 | Check: 0000753323 Lin'an Tools Co. Ltd. | $ (45,000.00) |
| AP Check | 4/29/2016 | 4/29/2016 | Check: 0000004292 Lin'an Tools Co. Ltd. | $ (41,000.00) |
| AP Check | 5/10/2016 | 5/10/2016 | Check: 0000007013 Ningbo Libang tools co., ltd | $ (98,000.00) |
| AP Check | 4/29/2016 | 4/29/2016 | Check: 0000004291 Ningbo Libang tools co., ltd | $ (98,000.00) |
| AP Check | 4/12/2016 | 4/12/2016 | Check: 0000336749 Ningbo Libang tools co., ltd | $ (2,000.00) |
| AP Check | 2/25/2016 | 2/25/2016 | Check: 0000369375 Ningbo Libang tools co., ltd | $ (81,470.00) |
| AP Check | 2/26/2016 | 2/26/2016 | Check: 0000374107 Ningbo Libang tools co., ltd | $ (35,304.00) |
| AP Check | 4/6/2016 | 4/6/2016 | Check: 0000321633 Ningbo Libang tools co., ltd | $ (50,500.00) |
| AP Check | 3/29/2016 | 3/29/2016 | Check: 0000363829 Ningbo Baofeng Tools & Mesuring | $ (39,438.76) |
| AP Check | 3/23/2016 | 3/23/2016 | Check: 0000316888 Ningbo Baofeng Tools & Mesuring | $ (48,537.00) |
| AP Check | 3/1/2016 | 3/1/2016 | Check: 0000346313 Everpower Group Co., Ltd. | $ (5,000.00) |
| AP Check | 3/4/2016 | 3/4/2016 | Check: 0000348786 Everpower Group Co., Ltd. | $ (62,000.00) |
| AP Check | 3/7/2016 | 3/7/2016 | Check: 0000360635 Everpower Group Co., Ltd. | $ (11,350.00) |
| AP Check | 3/10/2016 | 3/10/2016 | Check: 0000347185 Gateway Trade Funding | $ (9,500.00) |
| AP Check | 4/6/2016 | 4/6/2016 | Check: 0000336875 Gateway Trade Funding | $ (40,000.00) |
| AP Check | 3/9/2016 | 3/9/2016 | Check: 0000304328 Neighborhood Health | $ (6,964.68) |
| AP Check | 3/15/2016 | 3/15/2016 | Check: 0000353730 Neighborhood Health | $ (7,412.19) |
| AP Check | 5/9/2016 | 5/9/2016 | Check: 0005092016 United Healthcare | $ (9,954.00) |
| Wire Out | 5/20/2016 | 5/20/2016 | Tran: 0000000996-WO: Rice Pugatch Robinson Storfer | $ (25,000.00) |
| AP Check | 5/6/2016 | 5/6/2016 | Check: 0005262016 BANK DIRECT CAPITAL FINANCE,LLC | $ (3,697.78) |
| AP Check | 3/28/2016 | 3/28/2016 | Check: 0003282016 BANK DIRECT CAPITAL FINANCE,LLC | $ (3,697.78) |
| AP Check | 5/6/2016 | 5/6/2016 | Check: 0000010004 Kevin Udy | $ (3,861.49) |
| AP Check | 3/31/2016 | 3/31/2016 | Check: 0000022008 Kevin Udy | $ (2,161.13) |
| AP Check | 3/2/2016 | 3/2/2016 | Check: 0000021961 Kevin Udy | $ (2,088.86) |

| | | | | | |
|---|---|---|---|---|---|
| AP Check | 5/10/2016 | 5/10/2016 | Check: 0000010005 JP Advisors LLC. | $ | (9,800.00) |
| Wire Out | 3/4/2016 | 3/31/2016 | Tran: 0000000975-WO: BRIDGEPORT CAPITAL FUNDING | $ | (43,000.00) |
| Wire Out | 3/25/2016 | 3/31/2016 | Tran: 0000000976-WO: :BRIDGEPORT CAPITAL FUNDING | $ | (20,000.00) |
| AP Check | 5/9/2016 | 5/9/2016 | Check: 0000010010 Southeast Computer Solutions | $ | (15,000.00) |
| AP Check | 4/19/2016 | 4/19/2016 | Check: 0000022025 Southeast Computer Solutions | $ | (1,137.50) |
| AP Check | 5/12/2016 | 5/12/2016 | Check: 0000010016 Southeast Computer Solutions | $ | (2,100.00) |
| Withdrawal | 2/1/2016 | 2/29/2016 | Tran: 0000000638-WD: AMEX | $ | (289.34) |
| Withdrawal | 2/1/2016 | 2/29/2016 | Tran: 0000000639-WD: AMEX | $ | (88.57) |
| Withdrawal | 2/4/2016 | 2/29/2016 | Tran: 0000000640-WD: AMEX | $ | (321.14) |
| Withdrawal | 2/8/2016 | 2/29/2016 | Tran: 0000000641-WD: AMEX | $ | (119.71) |
| Withdrawal | 2/8/2016 | 2/29/2016 | Tran: 0000000642-WD: AMEX | $ | (106.02) |
| Withdrawal | 2/11/2016 | 2/29/2016 | Tran: 0000000643-WD: AMEX | $ | (60.80) |
| Withdrawal | 2/16/2016 | 2/29/2016 | Tran: 0000000644-WD: AMEX | $ | (224.65) |
| Withdrawal | 2/16/2016 | 2/29/2016 | Tran: 0000000645-WD: AMEX | $ | (204.53) |
| Withdrawal | 2/18/2016 | 2/29/2016 | Tran: 0000000646-WD: AMEX | $ | (210.64) |
| Withdrawal | 2/22/2016 | 2/29/2016 | Tran: 0000000647-WD: AMEX | $ | (321.90) |
| Withdrawal | 2/22/2016 | 2/29/2016 | Tran: 0000000648-WD: AMEX | $ | (80.66) |
| Withdrawal | 2/25/2016 | 2/29/2016 | Tran: 0000000649-WD: AMEX | $ | (416.31) |
| Withdrawal | 2/29/2016 | 2/29/2016 | Tran: 0000000650-WD: AMEX | $ | (180.19) |
| Withdrawal | 2/29/2016 | 2/29/2016 | Tran: 0000000651-WD: AMEX | $ | (3.85) |
| Withdrawal | 4/4/2016 | 4/30/2016 | Tran: 0000000681-WD: AMEX | $ | (881.69) |
| Withdrawal | 4/4/2016 | 4/30/2016 | Tran: 0000000682-WD: AMEX | $ | (61.86) |
| Withdrawal | 4/7/2016 | 4/30/2016 | Tran: 0000000683-WD: AMEX | $ | (243.85) |
| Withdrawal | 4/11/2016 | 4/30/2016 | Tran: 0000000684-WD: AMEX | $ | (716.65) |
| Withdrawal | 4/11/2016 | 4/30/2016 | Tran: 0000000685-WD: AMEX | $ | (101.14) |
| Withdrawal | 4/14/2016 | 4/30/2016 | Tran: 0000000686-WD: AMEX | $ | (663.86) |
| Withdrawal | 4/18/2016 | 4/30/2016 | Tran: 0000000687-WD: AMEX | $ | (1,187.66) |
| Withdrawal | 4/18/2016 | 4/30/2016 | Tran: 0000000688-WD: AMEX | $ | (334.29) |
| Withdrawal | 4/21/2016 | 4/30/2016 | Tran: 0000000689-WD: AMEX | $ | (381.21) |
| Withdrawal | 3/3/2016 | 3/31/2016 | Tran: 0000002242-WD: AMEX | $ | (411.09) |
| Withdrawal | 3/7/2016 | 3/31/2016 | Tran: 0000002243-WD: AMEX | $ | (1,160.80) |
| Withdrawal | 3/7/2016 | 3/31/2016 | Tran: 0000002244-WD: AMEX | $ | (359.21) |
| Withdrawal | 3/10/2016 | 3/31/2016 | Tran: 0000002245-WD: AMEX | $ | (547.87) |
| Withdrawal | 3/14/2016 | 3/31/2016 | Tran: 0000002246-WD: AMEX | $ | (548.94) |
| Withdrawal | 3/14/2016 | 3/31/2016 | Tran: 0000002247-WD: AMEX | $ | (53.21) |
| Withdrawal | 3/17/2016 | 3/31/2016 | Tran: 0000002248-WD: AMEX | $ | (264.34) |
| Withdrawal | 3/21/2016 | 3/31/2016 | Tran: 0000002249-WD: AMEX | $ | (954.30) |
| Withdrawal | 3/21/2016 | 3/31/2016 | Tran: 0000002250-WD: AMEX | $ | (113.85) |
| Withdrawal | 3/24/2016 | 3/31/2016 | Tran: 0000002251-WD: AMEX | $ | (620.46) |
| Withdrawal | 3/28/2016 | 3/31/2016 | Tran: 0000002252-WD: AMEX | $ | (518.28) |
| Withdrawal | 3/28/2016 | 3/31/2016 | Tran: 0000002253-WD: AMEX | $ | (1.08) |
| Withdrawal | 3/31/2016 | 3/31/2016 | Tran: 0000002254-WD: AMEX | $ | (470.12) |
| Debit Card | 4/20/2016 | 4/30/2016 | Tran: 0000011484-DC: USPS.COM | $ | (12.90) |
| Debit Card | 4/13/2016 | 4/30/2016 | Tran: 0000011467-DC: USPS.COM | $ | (26.90) |
| Debit Card | 4/8/2016 | 4/30/2016 | Tran: 0000011450-DC: USPS.COM | $ | (7.85) |
| Debit Card | 2/24/2016 | 2/29/2016 | Tran: 0000011192-DC: USPS.COM | $ | (12.80) |
| Debit Card | 2/11/2016 | 2/29/2016 | Tran: 0000011149-DC: USPS.COM | $ | (20.05) |
| Debit Card | 2/12/2016 | 2/29/2016 | Tran: 0000011151-DC: USPS.COM | $ | (77.20) |
| Debit Card | 2/16/2016 | 2/29/2016 | Tran: 0000011156-DC: USPS.COM | $ | (37.30) |
| Debit Card | 2/16/2016 | 2/29/2016 | Tran: 0000011158-DC: USPS.COM | $ | (23.15) |
| Debit Card | 2/1/2016 | 2/29/2016 | Tran: 0000011093-DC: USPS.COM | $ | (12.15) |
| Debit Card | 2/4/2016 | 2/29/2016 | Tran: 0000011115-DC: USPS.COM | $ | (169.85) |
| Debit Card | 2/24/2016 | 2/29/2016 | Tran: 0000011185-DC: USPS.COM | $ | (13.45) |
| Debit Card | 2/11/2016 | 2/29/2016 | Tran: 0000011143-DC: USPS.COM | $ | (106.95) |
| Debit Card | 2/24/2016 | 2/29/2016 | Tran: 0000011193-DC: USPS.COM | $ | (6.80) |
| Debit Card | 2/29/2016 | 2/29/2016 | Tran: 0000011200-DC: USPS.COM | $ | (6.45) |
| Debit Card | 2/12/2016 | 2/29/2016 | Tran: 0000011150-DC: USPS.COM | $ | (24.50) |
| Debit Card | 2/16/2016 | 2/29/2016 | Tran: 0000011157-DC: USPS.COM | $ | (57.70) |
| Debit Card | 2/1/2016 | 2/29/2016 | Tran: 0000011100-DC: USPS.COM | $ | (62.55) |
| Debit Card | 2/3/2016 | 2/29/2016 | Tran: 0000011107-DC: USPS.COM | $ | (34.70) |
| Debit Card | 2/4/2016 | 2/29/2016 | Tran: 0000011114-DC: USPS.COM | $ | (6.45) |
| Debit Card | 2/10/2016 | 2/29/2016 | Tran: 0000011139-DC: USPS.COM | $ | (32.95) |
| Debit Card | 2/29/2016 | 2/29/2016 | Tran: 0000011203-DC: USPS.COM | $ | (12.15) |

| Debit Card | 2/29/2016 | 2/29/2016 | Tran: 0000011204-DC: USPS.COM | $ | (6.45) |
|---|---|---|---|---|---|
| Debit Card | 2/16/2016 | 2/29/2016 | Tran: 0000011153-DC: USPS.COM | $ | (72.05) |
| Debit Card | 2/16/2016 | 2/29/2016 | Tran: 0000011154-DC: USPS.COM | $ | (111.85) |
| Debit Card | 2/2/2016 | 2/29/2016 | Tran: 0000011103-DC: USPS.COM | $ | (29.60) |
| Debit Card | 2/2/2016 | 2/29/2016 | Tran: 0000011104-DC: USPS.COM | $ | (23.15) |
| Debit Card | 2/24/2016 | 2/29/2016 | Tran: 0000011189-DC: USPS.COM | $ | (358.45) |
| Debit Card | 4/19/2016 | 4/30/2016 | Tran: 0000011479-DC: USPS.COM | $ | (60.70) |
| Debit Card | 4/15/2016 | 4/30/2016 | Tran: 0000011472-DC: USPS.COM | $ | (6.95) |
| Debit Card | 4/14/2016 | 4/30/2016 | Tran: 0000011470-DC: USPS.COM | $ | (6.45) |
| Debit Card | 4/5/2016 | 4/30/2016 | Tran: 0000011436-DC: USPS.COM | $ | (173.70) |
| Debit Card | 4/19/2016 | 4/30/2016 | Tran: 0000011483-DC: USPS.COM | $ | (6.45) |
| Debit Card | 4/13/2016 | 4/30/2016 | Tran: 0000011468-DC: USPS.COM | $ | (25.85) |
| Debit Card | 4/13/2016 | 4/30/2016 | Tran: 0000011466-DC: USPS.COM | $ | (106.35) |
| Debit Card | 4/4/2016 | 4/30/2016 | Tran: 0000011432-DC: USPS.COM | $ | (7.05) |
| Debit Card | 4/26/2016 | 4/30/2016 | Tran: 0000011495-DC: USPS.COM | $ | (20.40) |
| Debit Card | 4/22/2016 | 4/30/2016 | Tran: 0000011490-DC: USPS.COM | $ | (45.45) |
| Debit Card | 4/12/2016 | 4/30/2016 | Tran: 0000011465-DC: USPS.COM | $ | (78.50) |
| Debit Card | 4/12/2016 | 4/30/2016 | Tran: 0000011461-DC: USPS.COM | $ | (93.45) |
| Debit Card | 4/11/2016 | 4/30/2016 | Tran: 0000011456-DC: USPS.COM | $ | (12.90) |
| Debit Card | 4/4/2016 | 4/30/2016 | Tran: 0000011431-DC: USPS.COM | $ | (13.60) |
| Debit Card | 4/26/2016 | 4/30/2016 | Tran: 0000011497-DC: USPS.COM | $ | (130.80) |
| Debit Card | 4/21/2016 | 4/30/2016 | Tran: 0000011488-DC: USPS.COM | $ | (6.95) |
| Debit Card | 4/12/2016 | 4/30/2016 | Tran: 0000011463-DC: USPS.COM | $ | (133.65) |
| Debit Card | 4/11/2016 | 4/30/2016 | Tran: 0000011454-DC: USPS.COM | $ | (7.85) |
| Debit Card | 4/1/2016 | 4/30/2016 | Tran: 0000011429-DC: USPS.COM | $ | (124.25) |
| Debit Card | 3/18/2016 | 3/31/2016 | Tran: 0000011325-DC: USPS.COM | $ | (69.70) |
| Debit Card | 3/1/2016 | 3/31/2016 | Tran: 0000011282-DC: USPS.COM | $ | (90.90) |
| Debit Card | 3/3/2016 | 3/31/2016 | Tran: 0000011289-DC: USPS.COM | $ | (65.75) |
| Debit Card | 3/4/2016 | 3/31/2016 | Tran: 0000011291-DC: USPS.COM | $ | (25.60) |
| Debit Card | 3/22/2016 | 3/31/2016 | Tran: 0000011346-DC: USPS.COM | $ | (73.55) |
| Debit Card | 3/22/2016 | 3/31/2016 | Tran: 0000011348-DC: USPS.COM | $ | (86.30) |
| Debit Card | 3/24/2016 | 3/31/2016 | Tran: 0000011355-DC: USPS.COM | $ | (29.10) |
| Debit Card | 3/29/2016 | 3/31/2016 | Tran: 0000011370-DC: USPS.COM | $ | (7.85) |
| Debit Card | 3/29/2016 | 3/31/2016 | Tran: 0000011367-DC: USPS.COM | $ | (76.55) |
| Debit Card | 3/1/2016 | 3/31/2016 | Tran: 0000011285-DC: USPS.COM | $ | (27.60) |
| Debit Card | 3/10/2016 | 3/31/2016 | Tran: 0000011302-DC: USPS.COM | $ | (301.00) |
| Debit Card | 3/10/2016 | 3/31/2016 | Tran: 0000011303-DC: USPS.COM | $ | (6.80) |
| Debit Card | 3/24/2016 | 3/31/2016 | Tran: 0000011353-DC: USPS.COM | $ | (6.80) |
| Debit Card | 3/15/2016 | 3/31/2016 | Tran: 0000011320-DC: USPS.COM | $ | (89.00) |
| Debit Card | 3/18/2016 | 3/31/2016 | Tran: 0000011334-DC: USPS.COM | $ | (6.45) |
| Debit Card | 3/18/2016 | 3/31/2016 | Tran: 0000011335-DC: USPS.COM | $ | (6.45) |
| Debit Card | 3/1/2016 | 3/31/2016 | Tran: 0000011284-DC: USPS.COM | $ | (41.10) |
| Debit Card | 3/24/2016 | 3/31/2016 | Tran: 0000011352-DC: USPS.COM | $ | (6.45) |
| Debit Card | 3/15/2016 | 3/31/2016 | Tran: 0000011317-DC: USPS.COM | $ | (6.45) |
| Debit Card | 3/29/2016 | 3/31/2016 | Tran: 0000011368-DC: USPS.COM | $ | (6.45) |
| Debit Card | 3/29/2016 | 3/31/2016 | Tran: 0000011369-DC: USPS.COM | $ | (79.65) |
| Debit Card | 3/24/2016 | 3/31/2016 | Tran: 0000011354-DC: USPS.COM | $ | (15.90) |
| Debit Card | 3/10/2016 | 3/31/2016 | Tran: 0000011304-DC: USPS.COM | $ | (331.90) |
| Debit Card | 3/15/2016 | 3/31/2016 | Tran: 0000011318-DC: USPS.COM | $ | (6.45) |
| Debit Card | 3/15/2016 | 3/31/2016 | Tran: 0000011319-DC: USPS.COM | $ | (70.65) |
| Debit Card | 3/18/2016 | 3/31/2016 | Tran: 0000011331-DC: USPS.COM | $ | (6.80) |
| Debit Card | 3/2/2016 | 3/31/2016 | Tran: 0000011288-DC: USPS.COM | $ | (13.75) |
| Debit Card | 3/21/2016 | 3/31/2016 | Tran: 0000011338-DC: USPS.COM | $ | (7.05) |
| Debit Card | 3/24/2016 | 3/31/2016 | Tran: 0000011356-DC: USPS.COM | $ | (151.90) |
| Debit Card | 3/14/2016 | 3/31/2016 | Tran: 0000011313-DC: USPS.COM | $ | (46.50) |
| Debit Card | 3/18/2016 | 3/31/2016 | Tran: 0000011327-DC: USPS.COM | $ | (6.80) |
| Debit Card | 3/25/2016 | 3/31/2016 | Tran: 0000011361-DC: USPS.COM | $ | (78.20) |
| Debit Card | 3/31/2016 | 3/31/2016 | Tran: 0000011376-DC: USPS.COM | $ | (58.50) |
| Debit Card | 3/11/2016 | 3/31/2016 | Tran: 0000011310-DC: USPS.COM | $ | (25.25) |
| Debit Card | 3/11/2016 | 3/31/2016 | Tran: 0000011312-DC: USPS.COM | $ | (77.65) |
| Debit Card | 3/24/2016 | 3/31/2016 | Tran: 0000011357-DC: USPS.COM | $ | (151.30) |
| Debit Card | 3/1/2016 | 3/31/2016 | Tran: 0000011280-DC: USPS.COM | $ | (145.55) |
| Debit Card | 3/22/2016 | 3/31/2016 | Tran: 0000011350-DC: USPS.COM | $ | (35.45) |
| Debit Card | 3/31/2016 | 3/31/2016 | Tran: 0000011380-DC: USPS.COM | $ | (6.80) |
| Debit Card | 3/14/2016 | 3/31/2016 | Tran: 0000011314-DC: USPS.COM | $ | (145.05) |

| Debit Card | 3/15/2016 | 3/31/2016 | Tran: 0000011316-DC: USPS.COM | $ | (6.80) |
|------------|-----------|-----------|-------------------------------|---|--------|
| Debit Card | 3/15/2016 | 3/31/2016 | Tran: 0000011321-DC: USPS.COM | $ | (130.20) |
| Debit Card | 3/17/2016 | 3/31/2016 | Tran: 0000011323-DC: USPS.COM | $ | (154.55) |
| Debit Card | 3/18/2016 | 3/31/2016 | Tran: 0000011328-DC: USPS.COM | $ | (18.70) |
| Debit Card | 3/25/2016 | 3/31/2016 | Tran: 0000011362-DC: USPS.COM | $ | (12.40) |
| Debit Card | 3/7/2016 | 3/31/2016 | Tran: 0000011294-DC: USPS.COM | $ | (206.90) |
| Debit Card | 3/22/2016 | 3/31/2016 | Tran: 0000011345-DC: USPS.COM | $ | (58.30) |
| Debit Card | 3/31/2016 | 3/31/2016 | Tran: 0000011379-DC: USPS.COM | $ | (15.15) |
| Debit Card | 3/11/2016 | 3/31/2016 | Tran: 0000011311-DC: USPS.COM | $ | (6.45) |
| Debit Card | 3/18/2016 | 3/31/2016 | Tran: 0000011333-DC: USPS.COM | $ | (7.05) |
| Debit Card | 3/1/2016 | 3/31/2016 | Tran: 0000011283-DC: USPS.COM | $ | (35.40) |
| Debit Card | 3/4/2016 | 3/31/2016 | Tran: 0000011290-DC: USPS.COM | $ | (248.40) |
| Debit Card | 3/9/2016 | 3/31/2016 | Tran: 0000011297-DC: USPS.COM | $ | (168.00) |
| Debit Card | 3/21/2016 | 3/31/2016 | Tran: 0000011340-DC: USPS.COM | $ | (9.25) |
| Debit Card | 3/22/2016 | 3/31/2016 | Tran: 0000011347-DC: USPS.COM | $ | (105.75) |
| Debit Card | 3/18/2016 | 3/31/2016 | Tran: 0000011332-DC: USPS.COM | $ | (6.45) |
| Debit Card | 3/29/2016 | 3/31/2016 | Tran: 0000011366-DC: USPS.COM | $ | (96.10) |
| Debit Card | 3/10/2016 | 3/31/2016 | Tran: 0000011298-DC: USPS.COM | $ | (21.75) |
| Debit Card | 3/21/2016 | 3/31/2016 | Tran: 0000011341-DC: USPS.COM | $ | (6.45) |
| Debit Card | 3/30/2016 | 3/31/2016 | Tran: 0000011371-DC: USPS.COM | $ | (6.45) |
| Debit Card | 3/31/2016 | 3/31/2016 | Tran: 0000011375-DC: USPS.COM | $ | (119.25) |
| Debit Card | 3/11/2016 | 3/31/2016 | Tran: 0000011307-DC: USPS.COM | $ | (6.80) |
| Debit Card | 3/18/2016 | 3/31/2016 | Tran: 0000011329-DC: USPS.COM | $ | (35.85) |
| Debit Card | 3/25/2016 | 3/31/2016 | Tran: 0000011359-DC: USPS.COM | $ | (14.00) |
| Debit Card | 3/1/2016 | 3/31/2016 | Tran: 0000011278-DC: USPS.COM | $ | (21.10) |
| Debit Card | 3/4/2016 | 3/31/2016 | Tran: 0000011293-DC: USPS.COM | $ | (12.40) |
| Debit Card | 3/7/2016 | 3/31/2016 | Tran: 0000011295-DC: USPS.COM | $ | (37.35) |
| Debit Card | 3/21/2016 | 3/31/2016 | Tran: 0000011342-DC: USPS.COM | $ | (47.95) |
| Debit Card | 3/22/2016 | 3/31/2016 | Tran: 0000011344-DC: USPS.COM | $ | (58.10) |
| Debit Card | 3/31/2016 | 3/31/2016 | Tran: 0000011378-DC: USPS.COM | $ | (7.85) |
| Debit Card | 4/5/2016 | 4/30/2016 | Tran: 0000011433-DC: USPS.COM | $ | (80.65) |
| Debit Card | 3/17/2016 | 3/31/2016 | Tran: 0000011324-DC: USPS.COM | $ | (31.20) |
| Debit Card | 3/28/2016 | 3/31/2016 | Tran: 0000011363-DC: USPS.COM | $ | (160.10) |
| Debit Card | 3/1/2016 | 3/31/2016 | Tran: 0000011281-DC: USPS.COM | $ | (242.25) |
| Debit Card | 3/10/2016 | 3/31/2016 | Tran: 0000011299-DC: USPS.COM | $ | (115.20) |
| Debit Card | 3/23/2016 | 3/31/2016 | Tran: 0000011349-DC: USPS.COM | $ | (127.85) |
| Debit Card | 3/30/2016 | 3/31/2016 | Tran: 0000011374-DC: USPS.COM | $ | (63.05) |
| Debit Card | 3/11/2016 | 3/31/2016 | Tran: 0000011306-DC: USPS.COM | $ | (6.80) |
| Debit Card | 3/25/2016 | 3/31/2016 | Tran: 0000011358-DC: USPS.COM | $ | (6.80) |
| Debit Card | 3/29/2016 | 3/31/2016 | Tran: 0000011365-DC: USPS.COM | $ | (243.00) |
| Debit Card | 3/30/2016 | 3/31/2016 | Tran: 0000011372-DC: USPS.COM | $ | (75.15) |
| Debit Card | 3/11/2016 | 3/31/2016 | Tran: 0000011308-DC: USPS.COM | $ | (43.30) |
| Debit Card | 3/14/2016 | 3/31/2016 | Tran: 0000011315-DC: USPS.COM | $ | (54.30) |
| Debit Card | 3/15/2016 | 3/31/2016 | Tran: 0000011322-DC: USPS.COM | $ | (98.65) |
| Debit Card | 4/19/2016 | 4/30/2016 | Tran: 0000011476-DC: USPS.COM | $ | (82.90) |
| Debit Card | 4/12/2016 | 4/30/2016 | Tran: 0000011459-DC: USPS.COM | $ | (6.80) |
| Debit Card | 4/11/2016 | 4/30/2016 | Tran: 0000011458-DC: USPS.COM | $ | (7.85) |
| Debit Card | 4/6/2016 | 4/30/2016 | Tran: 0000011441-DC: USPS.COM | $ | (138.90) |
| Debit Card | 4/19/2016 | 4/30/2016 | Tran: 0000011481-DC: USPS.COM | $ | (6.45) |
| Debit Card | 4/7/2016 | 4/30/2016 | Tran: 0000011447-DC: USPS.COM | $ | (21.00) |
| Debit Card | 4/6/2016 | 4/30/2016 | Tran: 0000011445-DC: USPS.COM | $ | (6.80) |
| Debit Card | 4/6/2016 | 4/30/2016 | Tran: 0000011440-DC: USPS.COM | $ | (70.50) |
| Debit Card | 4/5/2016 | 4/30/2016 | Tran: 0000011438-DC: USPS.COM | $ | (138.45) |
| Debit Card | 3/18/2016 | 3/31/2016 | Tran: 0000011326-DC: USPS.COM | $ | (190.00) |
| Debit Card | 3/25/2016 | 3/31/2016 | Tran: 0000011360-DC: USPS.COM | $ | (169.90) |
| Debit Card | 3/1/2016 | 3/31/2016 | Tran: 0000011279-DC: USPS.COM | $ | (20.40) |
| Debit Card | 3/4/2016 | 3/31/2016 | Tran: 0000011292-DC: USPS.COM | $ | (37.25) |
| Debit Card | 3/22/2016 | 3/31/2016 | Tran: 0000011343-DC: USPS.COM | $ | (6.45) |
| Debit Card | 3/31/2016 | 3/31/2016 | Tran: 0000011377-DC: USPS.COM | $ | (25.45) |
| Debit Card | 3/11/2016 | 3/31/2016 | Tran: 0000011309-DC: USPS.COM | $ | (49.60) |
| Debit Card | 4/20/2016 | 4/30/2016 | Tran: 0000011485-DC: USPS.COM | $ | (50.90) |
| Debit Card | 4/8/2016 | 4/30/2016 | Tran: 0000011451-DC: USPS.COM | $ | (224.60) |
| Debit Card | 3/18/2016 | 3/31/2016 | Tran: 0000011336-DC: USPS.COM | $ | (23.95) |
| Debit Card | 3/2/2016 | 3/31/2016 | Tran: 0000011286-DC: USPS.COM | $ | (37.85) |
| Debit Card | 3/2/2016 | 3/31/2016 | Tran: 0000011287-DC: USPS.COM | $ | (7.85) |

| Debit Card | 3/10/2016 | 3/31/2016 | Tran: 0000011300-DC: USPS.COM | $ | (46.75) |
|---|---|---|---|---|---|
| Debit Card | 3/10/2016 | 3/31/2016 | Tran: 0000011301-DC: USPS.COM | $ | (338.45) |
| Debit Card | 3/18/2016 | 3/31/2016 | Tran: 0000011337-DC: USPS.COM | $ | (29.25) |
| Debit Card | 3/24/2016 | 3/31/2016 | Tran: 0000011351-DC: USPS.COM | $ | (12.80) |
| Debit Card | 3/18/2016 | 3/31/2016 | Tran: 0000011330-DC: USPS.COM | $ | (17.80) |
| Debit Card | 3/29/2016 | 3/31/2016 | Tran: 0000011364-DC: USPS.COM | $ | (6.80) |
| Debit Card | 3/9/2016 | 3/31/2016 | Tran: 0000011296-DC: USPS.COM | $ | (13.50) |
| Debit Card | 3/21/2016 | 3/31/2016 | Tran: 0000011339-DC: USPS.COM | $ | (70.40) |
| Debit Card | 3/30/2016 | 3/31/2016 | Tran: 0000011373-DC: USPS.COM | $ | (15.70) |
| Debit Card | 3/10/2016 | 3/31/2016 | Tran: 0000011305-DC: USPS.COM | $ | (87.45) |
| Debit Card | 4/26/2016 | 4/30/2016 | Tran: 0000011498-DC: USPS.COM | $ | (76.05) |
| Debit Card | 4/21/2016 | 4/30/2016 | Tran: 0000011487-DC: USPS.COM | $ | (86.55) |
| Debit Card | 4/15/2016 | 4/30/2016 | Tran: 0000011473-DC: USPS.COM | $ | (81.75) |
| Debit Card | 4/7/2016 | 4/30/2016 | Tran: 0000011448-DC: USPS.COM | $ | (24.50) |
| Debit Card | 4/1/2016 | 4/30/2016 | Tran: 0000011430-DC: USPS.COM | $ | (6.45) |
| Debit Card | 4/19/2016 | 4/30/2016 | Tran: 0000011478-DC: USPS.COM | $ | (18.00) |
| Debit Card | 4/14/2016 | 4/30/2016 | Tran: 0000011471-DC: USPS.COM | $ | (35.40) |
| Debit Card | 4/12/2016 | 4/30/2016 | Tran: 0000011464-DC: USPS.COM | $ | (162.35) |
| Debit Card | 4/1/2016 | 4/30/2016 | Tran: 0000011428-DC: USPS.COM | $ | (93.30) |
| Debit Card | 4/8/2016 | 4/30/2016 | Tran: 0000011449-DC: USPS.COM | $ | (25.55) |
| Debit Card | 4/5/2016 | 4/30/2016 | Tran: 0000011434-DC: USPS.COM | $ | (61.75) |
| Debit Card | 4/19/2016 | 4/30/2016 | Tran: 0000011480-DC: USPS.COM | $ | (6.45) |
| Debit Card | 4/12/2016 | 4/30/2016 | Tran: 0000011462-DC: USPS.COM | $ | (38.30) |
| Debit Card | 4/11/2016 | 4/30/2016 | Tran: 0000011455-DC: USPS.COM | $ | (16.65) |
| Debit Card | 4/5/2016 | 4/30/2016 | Tran: 000001143-DC: USPS.COM | $ | (156.00) |
| Debit Card | 4/1/2016 | 4/30/2016 | Tran: 0000011426-DC: USPS.COM | $ | (13.45) |
| Debit Card | 4/25/2016 | 4/30/2016 | Tran: 0000011494-DC: USPS.COM | $ | (106.35) |
| Debit Card | 4/22/2016 | 4/30/2016 | Tran: 0000011491-DC: USPS.COM | $ | (9.45) |
| Debit Card | 4/19/2016 | 4/30/2016 | Tran: 0000011477-DC: USPS.COM | $ | (83.55) |
| Debit Card | 4/6/2016 | 4/30/2016 | Tran: 0000011444-DC: USPS.COM | $ | (42.25) |
| Debit Card | 4/1/2016 | 4/30/2016 | Tran: 0000011427-DC: USPS.COM | $ | (82.55) |
| Debit Card | 4/26/2016 | 4/30/2016 | Tran: 0000011499-DC: USPS.COM | $ | (43.00) |
| Debit Card | 4/20/2016 | 4/30/2016 | Tran: 0000011486-DC: USPS.COM | $ | (6.45) |
| Debit Card | 4/19/2016 | 4/30/2016 | Tran: 0000011482-DC: USPS.COM | $ | (6.45) |
| Debit Card | 4/14/2016 | 4/30/2016 | Tran: 0000011469-DC: USPS.COM | $ | (35.20) |
| Debit Card | 4/8/2016 | 4/30/2016 | Tran: 0000011452-DC: USPS.COM | $ | (238.35) |
| Debit Card | 4/5/2016 | 4/30/2016 | Tran: 0000011435-DC: USPS.COM | $ | (68.65) |
| Debit Card | 4/18/2016 | 4/30/2016 | Tran: 0000011475-DC: USPS.COM | $ | (21.10) |
| Debit Card | 4/26/2016 | 4/30/2016 | Tran: 0000011496-DC: USPS.COM | $ | (61.05) |
| Debit Card | 4/21/2016 | 4/30/2016 | Tran: 0000011489-DC: USPS.COM | $ | (33.95) |
| Debit Card | 4/11/2016 | 4/30/2016 | Tran: 0000011453-DC: USPS.COM | $ | (77.10) |
| Debit Card | 4/7/2016 | 4/30/2016 | Tran: 0000011446-DC: USPS.COM | $ | (6.45) |
| Debit Card | 4/18/2016 | 4/30/2016 | Tran: 0000011474-DC: USPS.COM | $ | (6.45) |
| Debit Card | 4/12/2016 | 4/30/2016 | Tran: 0000011460-DC: USPS.COM | $ | (75.20) |
| Debit Card | 4/5/2016 | 4/30/2016 | Tran: 0000011439-DC: USPS.COM | $ | (57.30) |
| Debit Card | 4/25/2016 | 4/30/2016 | Tran: 0000011493-DC: USPS.COM | $ | (6.45) |
| Debit Card | 4/22/2016 | 4/30/2016 | Tran: 0000011492-DC: USPS.COM | $ | (68.40) |
| Debit Card | 4/11/2016 | 4/30/2016 | Tran: 0000011457-DC: USPS.COM | $ | (6.45) |
| Debit Card | 4/6/2016 | 4/30/2016 | Tran: 0000011443-DC: USPS.COM | $ | (13.60) |
| Debit Card | 4/6/2016 | 4/30/2016 | Tran: 000001142-DC: USPS.COM | $ | (177.85) |
| Debit Card | 2/4/2016 | 2/29/2016 | Tran: 0000011119-DC: USPS.COM | $ | (190.15) |
| Debit Card | 2/12/2016 | 2/29/2016 | Tran: 0000011152-DC: USPS.COM | $ | (74.90) |
| Debit Card | 2/22/2016 | 2/29/2016 | Tran: 0000011169-DC: USPS.COM | $ | (21.75) |
| Debit Card | 2/22/2016 | 2/29/2016 | Tran: 0000011170-DC: USPS.COM | $ | (21.85) |
| Debit Card | 2/1/2016 | 2/29/2016 | Tran: 0000011102-DC: USPS.COM | $ | (143.65) |
| Debit Card | 2/2/2016 | 2/29/2016 | Tran: 0000011105-DC: USPS.COM | $ | (7.85) |
| Debit Card | 2/24/2016 | 2/29/2016 | Tran: 0000011187-DC: USPS.COM | $ | (227.05) |
| Debit Card | 2/8/2016 | 2/29/2016 | Tran: 0000011131-DC: USPS.COM | $ | (14.10) |
| Debit Card | 2/10/2016 | 2/29/2016 | Tran: 0000011140-DC: USPS.COM | $ | (246.90) |
| Debit Card | 2/29/2016 | 2/29/2016 | Tran: 0000011199-DC: USPS.COM | $ | (6.45) |
| Debit Card | 2/5/2016 | 2/29/2016 | Tran: 0000011127-DC: USPS.COM | $ | (23.70) |
| Debit Card | 2/11/2016 | 2/29/2016 | Tran: 0000011144-DC: USPS.COM | $ | (172.75) |
| Debit Card | 2/25/2016 | 2/29/2016 | Tran: 0000011195-DC: USPS.COM | $ | (25.25) |
| Debit Card | 2/17/2016 | 2/29/2016 | Tran: 0000011161-DC: USPS.COM | $ | (227.90) |
| Debit Card | 2/1/2016 | 2/29/2016 | Tran: 0000011097-DC: USPS.COM | $ | (133.15) |

| Debit Card | 2/3/2016 | 2/29/2016 | Tran: 0000011110-DC: USPS.COM | $ | (6.95) |
|---|---|---|---|---|---|
| Debit Card | 2/9/2016 | 2/29/2016 | Tran: 0000011133-DC: USPS.COM | $ | (223.30) |
| Debit Card | 2/10/2016 | 2/29/2016 | Tran: 0000011142-DC: USPS.COM | $ | (22.60) |
| Debit Card | 2/29/2016 | 2/29/2016 | Tran: 0000011201-DC: USPS.COM | $ | (135.15) |
| Debit Card | 2/8/2016 | 2/29/2016 | Tran: 0000011128-DC: USPS.COM | $ | (20.05) |
| Debit Card | 2/8/2016 | 2/29/2016 | Tran: 0000011130-DC: USPS.COM | $ | (14.35) |
| Debit Card | 2/24/2016 | 2/29/2016 | Tran: 0000011194-DC: USPS.COM | $ | (20.05) |
| Debit Card | 2/17/2016 | 2/29/2016 | Tran: 0000011164-DC: USPS.COM | $ | (53.75) |
| Debit Card | 2/1/2016 | 2/29/2016 | Tran: 0000011094-DC: USPS.COM | $ | (19.10) |
| Debit Card | 2/4/2016 | 2/29/2016 | Tran: 0000011120-DC: USPS.COM | $ | (150.45) |
| Debit Card | 2/10/2016 | 2/29/2016 | Tran: 0000011137-DC: USPS.COM | $ | (59.70) |
| Debit Card | 2/10/2016 | 2/29/2016 | Tran: 0000011138-DC: USPS.COM | $ | (7.85) |
| Debit Card | 2/29/2016 | 2/29/2016 | Tran: 0000011202-DC: USPS.COM | $ | (53.95) |
| Debit Card | 2/29/2016 | 2/29/2016 | Tran: 0000011205-DC: USPS.COM | $ | 7.30 |
| Debit Card | 2/16/2016 | 2/29/2016 | Tran: 0000011155-DC: USPS.COM | $ | (67.60) |
| Debit Card | 2/4/2016 | 2/29/2016 | Tran: 0000011121-DC: USPS.COM | $ | (167.60) |
| Debit Card | 2/4/2016 | 2/29/2016 | Tran: 0000011122-DC: USPS.COM | $ | (23.10) |
| Debit Card | 2/9/2016 | 2/29/2016 | Tran: 0000011135-DC: USPS.COM | $ | (180.45) |
| Debit Card | 2/8/2016 | 2/29/2016 | Tran: 0000011129-DC: USPS.COM | $ | (175.40) |
| Debit Card | 2/29/2016 | 2/29/2016 | Tran: 0000011197-DC: USPS.COM | $ | (212.00) |
| Debit Card | 2/11/2016 | 2/29/2016 | Tran: 0000011146-DC: USPS.COM | $ | (49.95) |
| Debit Card | 2/17/2016 | 2/29/2016 | Tran: 0000011163-DC: USPS.COM | $ | (6.45) |
| Debit Card | 2/1/2016 | 2/29/2016 | Tran: 0000011095-DC: USPS.COM | $ | (29.85) |
| Debit Card | 2/3/2016 | 2/29/2016 | Tran: 0000011112-DC: USPS.COM | $ | (88.25) |
| Debit Card | 2/22/2016 | 2/29/2016 | Tran: 0000011180-DC: USPS.COM | $ | (6.45) |
| Debit Card | 2/19/2016 | 2/29/2016 | Tran: 0000011167-DC: USPS.COM | $ | (53.40) |
| Debit Card | 2/1/2016 | 2/29/2016 | Tran: 0000011099-DC: USPS.COM | $ | (15.50) |
| Debit Card | 2/3/2016 | 2/29/2016 | Tran: 0000011108-DC: USPS.COM | $ | (6.45) |
| Debit Card | 2/22/2016 | 2/29/2016 | Tran: 0000011176-DC: USPS.COM | $ | (6.80) |
| Debit Card | 2/18/2016 | 2/29/2016 | Tran: 0000011165-DC: USPS.COM | $ | (44.75) |
| Debit Card | 2/1/2016 | 2/29/2016 | Tran: 0000011101-DC: USPS.COM | $ | (96.65) |
| Debit Card | 2/2/2016 | 2/29/2016 | Tran: 0000011106-DC: USPS.COM | $ | (25.25) |
| Debit Card | 2/22/2016 | 2/29/2016 | Tran: 0000011174-DC: USPS.COM | $ | (39.30) |
| Debit Card | 2/24/2016 | 2/29/2016 | Tran: 0000011188-DC: USPS.COM | $ | (12.80) |
| Debit Card | 2/9/2016 | 2/29/2016 | Tran: 0000011136-DC: USPS.COM | $ | (48.40) |
| Debit Card | 2/22/2016 | 2/29/2016 | Tran: 0000011171-DC: USPS.COM | $ | (30.80) |
| Debit Card | 2/22/2016 | 2/29/2016 | Tran: 0000011172-DC: USPS.COM | $ | (11.35) |
| Debit Card | 2/24/2016 | 2/29/2016 | Tran: 0000011186-DC: USPS.COM | $ | (210.15) |
| Debit Card | 2/22/2016 | 2/29/2016 | Tran: 0000011178-DC: USPS.COM | $ | (6.80) |
| Debit Card | 2/3/2016 | 2/29/2016 | Tran: 0000011113-DC: USPS.COM | $ | (7.85) |
| Debit Card | 2/22/2016 | 2/29/2016 | Tran: 0000011177-DC: USPS.COM | $ | (44.65) |
| Debit Card | 2/22/2016 | 2/29/2016 | Tran: 0000011179-DC: USPS.COM | $ | (6.80) |
| Debit Card | 2/9/2016 | 2/29/2016 | Tran: 0000011134-DC: USPS.COM | $ | (33.30) |
| Debit Card | 2/10/2016 | 2/29/2016 | Tran: 0000011141-DC: USPS.COM | $ | (178.55) |
| Debit Card | 2/29/2016 | 2/29/2016 | Tran: 0000011198-DC: USPS.COM | $ | (6.45) |
| Debit Card | 2/17/2016 | 2/29/2016 | Tran: 0000011159-DC: USPS.COM | $ | (22.75) |
| Debit Card | 2/4/2016 | 2/29/2016 | Tran: 0000011116-DC: USPS.COM | $ | (139.50) |
| Debit Card | 2/23/2016 | 2/29/2016 | Tran: 0000011184-DC: USPS.COM | $ | (14.95) |
| Debit Card | 2/4/2016 | 2/29/2016 | Tran: 0000011123-DC: USPS.COM | $ | (6.45) |
| Debit Card | 2/11/2016 | 2/29/2016 | Tran: 0000011148-DC: USPS.COM | $ | (23.95) |
| Debit Card | 2/18/2016 | 2/29/2016 | Tran: 0000011166-DC: USPS.COM | $ | (21.45) |
| Debit Card | 2/1/2016 | 2/29/2016 | Tran: 0000011098-DC: USPS.COM | $ | (47.15) |
| Debit Card | 2/3/2016 | 2/29/2016 | Tran: 0000011109-DC: USPS.COM | $ | (7.30) |
| Debit Card | 2/22/2016 | 2/29/2016 | Tran: 0000011173-DC: USPS.COM | $ | (20.05) |
| Debit Card | 2/24/2016 | 2/29/2016 | Tran: 0000011191-DC: USPS.COM | $ | (6.45) |
| Debit Card | 2/25/2016 | 2/29/2016 | Tran: 0000011196-DC: USPS.COM | $ | (186.55) |
| Debit Card | 2/11/2016 | 2/29/2016 | Tran: 0000011145-DC: USPS.COM | $ | (7.05) |
| Debit Card | 2/11/2016 | 2/29/2016 | Tran: 0000011147-DC: USPS.COM | $ | (52.95) |
| Debit Card | 2/17/2016 | 2/29/2016 | Tran: 0000011160-DC: USPS.COM | $ | (236.45) |
| Debit Card | 2/17/2016 | 2/29/2016 | Tran: 0000011162-DC: USPS.COM | $ | (6.45) |
| Debit Card | 2/1/2016 | 2/29/2016 | Tran: 0000011096-DC: USPS.COM | $ | (108.50) |
| Debit Card | 2/3/2016 | 2/29/2016 | Tran: 0000011111-DC: USPS.COM | $ | (20.05) |
| Debit Card | 2/5/2016 | 2/29/2016 | Tran: 0000011124-DC: USPS.COM | $ | (130.95) |
| Debit Card | 2/5/2016 | 2/29/2016 | Tran: 0000011126-DC: USPS.COM | $ | (6.45) |
| Debit Card | 2/4/2016 | 2/29/2016 | Tran: 0000011117-DC: USPS.COM | $ | (6.80) |

| Debit Card | 2/23/2016 | 2/29/2016 | Tran: 0000011181-DC: USPS.COM | $ | (100.90) |
|------------|-----------|-----------|-------------------------------|---|----------|
| Debit Card | 2/23/2016 | 2/29/2016 | Tran: 0000011183-DC: USPS.COM | $ | (7.85) |
| Debit Card | 2/24/2016 | 2/29/2016 | Tran: 0000011190-DC: USPS.COM | $ | (49.30) |
| Debit Card | 2/5/2016 | 2/29/2016 | Tran: 0000011125-DC: USPS.COM | $ | (78.60) |
| Debit Card | 2/9/2016 | 2/29/2016 | Tran: 0000011132-DC: USPS.COM | $ | (14.90) |
| Debit Card | 2/19/2016 | 2/29/2016 | Tran: 0000011168-DC: USPS.COM | $ | (114.70) |
| Debit Card | 2/4/2016 | 2/29/2016 | Tran: 0000011118-DC: USPS.COM | $ | (108.05) |
| Debit Card | 2/22/2016 | 2/29/2016 | Tran: 0000011175-DC: USPS.COM | $ | (22.65) |
| Debit Card | 2/23/2016 | 2/29/2016 | Tran: 0000011182-DC: USPS.COM | $ | (48.30) |
| Withdrawal | 2/28/2016 | 2/28/2016 | Tran: 0000002227-WD: USPS | $ | (1.00) |
| Withdrawal | 2/28/2016 | 2/29/2016 | Tran: 0000002228-WD: USPS | $ | (0.50) |
| Wire Out | 3/28/2016 | 3/31/2016 | Tran: 0000000977-WO: :JEFFREY ARONSON Ireturn Loan | $ | (4,000.00) |
| Wire Out | 3/23/2016 | 3/31/2016 | Tran: 0000000978-WO: :JEFFREY ARONSON Ireturn Loan | $ | (100,000.00) |
| Wire Out | 3/24/2016 | 3/31/2016 | Tran: 0000000979-WO: :JEFFREY ARONSON Ireturn Loan | $ | (100,000.00) |
| | | | | $ | (1,519,362.25) |

| | | | |
|---|---|---|---|
| **IRON BRIDGE TOOLS** | | | |
| **BANK OF AMERICA Black Pearl ACCOUNT-0052** | | | |
| **02/25/2016-05/25/2016** | | | |
| | | | |
| | | | |
| Date | Description | Amount | |
| 3/22/2016 | US CBP DES:PAYMENT ID:0000 INDN:BLACK PEARL MFG CO ID:70( | $ | (3,615.57) |
| 3/22/2016 | US CBP DES:PAYMENT ID:0000 INDN:BLACK PEARL MFG CO ID:70( | $ | (2,222.24) |
| 3/22/2016 | US CBP DES:PAYMENT ID:0000 INDN:BLACK PEARL MFG CO ID:70( | $ | (8,013.62) |
| 3/22/2016 | US CBP DES:PAYMENT ID:0000 INDN:BLACK PEARL MFG CO ID:70( | $ | (11,962.77) |
| 4/22/2016 | US CBP DES:PAYMENT ID:0000 INDN:BLACK PEARL MFG CO ID:70( | $ | (1,657.38) |
| 4/22/2016 | US CBP DES:PAYMENT ID:0000 INDN:BLACK PEARL MFG CO ID:70( | $ | (7,377.77) |
| | | $ | (34,849.35) |

**Iron Bridge Tools, Inc.**
**SOFA 4**
**Insider Payments or Other Property**
**Transfers within 1 year prior to Petition**

**IRON BRIDGE TOOLS**
**Glenn and Lisa Robinson**
**Balance of Aggragate period**
**05/25/2015-05/25/2016**

| Tran Type | Tran Date | Post Date | Post Comment | Post Amt | |
|---|---|---|---|---|---|
| AP Check | 12/11/2015 | 12/11/2015 | Check: 0000021862 Glenn Robinson | $ | (683.76) |
| AP Check | 12/14/2015 | 12/14/2015 | Check: 0000021863 Glenn Robinson | $ | (1,444.02) |
| Wire Out | 1/15/2016 | | Tran: 0000000954-WO: Glenn Robinson | $ | (5,000.00) |
| Wire Out | 12/9/2015 | | Tran: 0000000947-WO:  Glenn Robinson | $ | (16,102.56) |
| Wire Out | 1029/2015 | | Tran: 0000000932-WO: : Glenn Robinson | $ | (12,000.00) |
| Wire Out | 10/23/2015 | | Tran: 0000000931-WO: : Glenn Robinson | $ | (12,000.00) |
| Wire Out | 9/18/2015 | | Tran: 0000000926-WO: : Glenn Robinson | $ | (12,000.00) |
| Wire Out | 9/11/2015 | | Tran: 0000000924-WO: :Glenn Robinson | $ | (30,000.00) |
| Wire Out | 6/5/2015 | | Tran: 0000000895-WO: :Glenn Robinson | $ | (1,040.90) |
| AP Check | 2/26/2016 | 2/26/2016 | Check: 0000021954 Glenn Robinson | $ | (100,000.00) |
| Wire Out | 2/29/2016 | 2/29/2016 | Tran: 0000000948-WO: Repayment  on loan | $ | (10,000.00) |
| Wire Out | 3/11/2016 | 3/31/2016 | Tran: 0000000969-WO: Confirmation# 3073242025-7963 | $ | (84,289.00) |
| AP Check | 3/14/2016 | 3/14/2016 | Check: 0000363081 Glenn Robinson | $ | (10,000.00) |
| Wire Out | 3/15/2016 | 3/31/2016 | Tran: 0000000973-WO: GLENN H ROBINSON | $ | (1,500.00) |
| AP Check | 3/24/2016 | 3/24/2016 | Check: 0000021994 Glenn Robinson | $ | (5,000.00) |
| Wire Out | 3/25/2016 | 3/31/2016 | Tran: 0000000974-WO: GLENN H ROBINSON | $ | (4,000.00) |
| Wire Out | 3/31/2016 | 3/31/2016 | Tran: 0000000957-WO: Reimb Glenn for loan to IBT | $ | (18,000.00) |
| Wire Out | 4/5/2016 | 4/30/2016 | Tran: 0000000984-WO: :GLENN H ROBINSON remb loan | $ | (10,000.00) |
| Wire Out | 4/18/2016 | 4/30/2016 | Tran: 0000000981-WO: Lisa R Repay loan | $ | (8,000.00) |
| Wire Out | 4/20/2016 | 4/30/2016 | Tran: 0000000982-WO: Lisa Robinson repay loan | $ | (1,500.00) |
| Wire Out | 4/22/2016 | 4/30/2016 | Tran: 0000000983-WO: Glenn R  pay | $ | (2,000.00) |
| AP Check | 5/23/2016 | 5/23/2016 | Check: 0000001043 Glenn Robinson | $ | (3,000.00) |
| Wire Out | 5/23/2016 | 5/20/2016 | Tran: 0000000997-WO: Glenn pay | $ | (3,000.00) |
| AP Check | 5/9/2016 | 5/9/2016 | Check: 0000010012 Glenn Robinson pay | $ | (42,307.00) |
| Wire Out | 4/29/2016 | 4/29/2016 | Tran: 0000000993-WO: Wire 4/29 Glenn | $ | (4,000.00) |
| Withdrawal | 4/29/2016 | 4/30/2016 | Tran: 0000002289-WD: ac04/29/2016 -0147102233 | $ | (1,800.00) |
| Withdrawal | 4/29/2016 | 4/30/2016 | Tran: 0000002290-WD: ac04/29/2016 -0147102233 | $ | (18,000.00) |
| | | | | $ | (416,667.24) |

# United States Bankruptcy Court
## Southern District of Florida

In re  **Iron Bridge Tools, Inc.**                Case No.   **16-17505-RBR**

Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Glenn Robinson**<br>**8325 NW 60th Place**<br>**Pompano Beach, FL 33067** | | **100** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 20, 2016**                Signature  **/s/ Glenn Robinson**

                                                         **Glenn Robinson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re  **Iron Bridge Tools, Inc.** _____ | Case No. __**16-17505-RBR**__
Debtor(s) | Chapter __**11**__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 20, 2016**_____ | **/s/ Glenn Robinson**_____
| **Glenn Robinson**/**President**
| Signer/Title

# United States Bankruptcy Court
## Southern District of Florida

In re   **Iron Bridge Tools, Inc.**                                                    Case No.   **16-17505-RBR**

Debtor(s)                                              Chapter    **11**

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS
## FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[X]    The paper filed **adds** creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being added). I have:
1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
4. filed an amended schedule(s) and summary of schedules; and
5. filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B))

[ ]    The paper filed **deletes** a creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being deleted)**. I have:**
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
3. filed an amended schedule(s) and summary of schedules.

[ ]    The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the <u>attached list</u>. **I have:**
1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
2. filed an amended schedule(s) or other paper.

[ ]    The paper filed **corrects** schedule D or E/F amount(s) or classification(s). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
3. filed an amended schedule(s) and summary of schedules.

[ ]    None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated: **June 20, 2016**

**/s/ Craig A. Pugatch, Esq.**

Attorney for Debtor (or Debtor, if pro se)

**/s/ Glenn Robinson**

**Glenn Robinson**

Debtor

**Craig A. Pugatch, Esq., FL Bar No. 653381**

Print Name & Florida Bar Number

**101 NE Third Avenue**
**Suite 1800**
**Fort Lauderdale, FL 33301**

Address

**954-462-8000 Fax: 954-462-4300**
**capugatch@rprslaw.com**

Phone Number

## ADDED CREDITORS

Bridgeport Capital Fund, LLC
PO Box 27740
Las Vegas, NV 89126

Broward County Revenue Collector
115 S. Andrews Avenue
Suite 423
Fort Lauderdale, FL 33301

Broward County Revenue Collector
c/o Carl L. Kitchner, Esq.
115 S. Andrews Avenue
Suite 423
Fort Lauderdale, FL 33301

Clark Hill PLC
c/o Scott N. Schreiber, Esq.
150 N. Michigan Avenue
Suite 2700
Chicago, IL 60601

Coopersmith, Inc.
PO Box 51845
Los Angeles, CA 90051

Employment Development Department
Taxpayer Assistance Center
PO Box 826880
Sacramento, CA 94280

Everpower Group Co., Ltd.
Ningbo

FMS Lawyer, PL
9900 Stirling Road, Suite 226
Hollywood, FL 33024

Franchise Tax Board
PO Box 942840
Sacramento, CA 94240

Genovese Joblove & Battista, P.A.
c/o Barry P. Gruher, Esq.
PNC Bank Building
200 East Broward Blvd., Suite 1110
Fort Lauderdale, FL 33301

Georgia Department of Revenue
Processing Center
PO Box 740320
Atlanta, GA 30374

Glenn Robinson
8325 NW 60th Place
Pompano Beach, FL 33067

GSI Environmental Inc.
2211 Northfolk Street, Suite 1000
Houston, TX 77098

Hartford Insurance Group
PO Box 2907
Hartford, CT 06155

INSTRON
75 Remittance Drive
Suite 6826
Chicago, IL 60675

Jacob Enterprises, Inc.
275 Center Road
Suite 105
Monroeville, PA 15146

JP Advisors, LLC
1732 Farmington Circle
Wellington, FL 33414

Louis Thurman
15873 Meadow King Court
Alpharetta, GA 30004

Michigan Department of Treasury
Tax Policy Division
Attention: Litigation Liason, 2nd Floor
430 West Allegan Street
Lansing, MI 48922

Nigel Buchanan
Beechtree Cottage, New Gilston
By Leven, Fife
KY8 5TF, Scotland, UK

OPro Translation
2850 Douglas Rd. Fl 2nd
Miami, FL 33134

OTX Logistics, Inc.
c/o Hardy Haenisch, President
16030 Arthur Street
Cerritos, CA 90703


Pei Hua International Trading Comp Ltd.
4f-1, 262,Sec.2,HWA Mei Street, North Di
TAICHUNG


Robert Bosch Co., Ltd.
625 King's Road
21st Floor
North Point, Hong Kong


Robert Bosch Tool Corporation
1800 West Central Road
Mount Prospect, IL 60056


Robert Bosch, LLC
Attention: Legal Deparment
2800 South 25th Avenue
Broadview, IL 60155


RR Donnelley Logistics
Service Worldwide, Inc.
PO Box 932721
Cleveland, OH 44193


Shraiberg, Ferrara, Landua & Page, P.A.
c/o Bradley S. Shraiberg, Esq.,
2385 NW Executive Drive
Suite 300
Boca Raton, FL 33431


Sterling Info System, Inc.
PO Box 35626
Newark, NJ 07193


Task Tools
c/o Craig Caplan
6800 Dennett Place
Delta, BC V4G 1N4


The Solid Experts
2005 W. Cypress Creek Road
Suite 105
Fort Lauderdale, FL 33309


Traci.net
550 Fairway Drive
Suite 102
Deerfield Beach, FL 33441


Uline, Inc.
PO Box 88741
Chicago, IL 60680

YRC Freight
PO Box 93151
Chicago, IL 60673-3151

ZheJiang Everpower Imp&Exp co.,LTD
Ningbo