UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

www.flsb.uscourts.gov

IN RE:                                                    CHAPTER 11

Iron Bridge Tools, Inc.                                   Case No.: 16-17505- RBR

_____Debtor._____/

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to: All parties on the attached service list on this the 21st day of June, 2016.

                                              Guy G. Gebhardt
                                              Acting United States
                                              Region 21

                                      By:     /s/_____
                                          Damaris D. Rosich-Schwartz
                                          Trial Attorney
                                          Office of the U.S. Trustee
                                          51 SW First Avenue
                                          Suite 1204
                                          Miami, FL 33130
                                          Tele:  (305) 536-7285
                                          Fax: (305)   536-7360
                                          Damaris.D.Rosich-Schwartz@usdoj.gov

## EXHIBIT A

Names and contact information.                                    Email addresses

Bonnie Giourgas
Southeast Computer Solutions, Inc.
15165 NE 77th Ave., Suite 2019
Miami, FL  33014
Tele:  305-556-4697
Fax:  305-825-2709                                  Bonnie@southeastcomputers.com


Michael Block
Finance Manager
True Value Company
7058 Snowdrift Rd
Allentown, PA  18106
Tele:  610-973-3234
Fax:  610-398-3452                                  Michael.Block@truevalue.com


Tony Kriz
President
Meridian International Co., Ltd
A foreign (China) entity
7442 S. Tuscon Way, #120
Centennial, CO  80112
Tele:  303-867-1537
Fax:  303-867-1539                                  Tony.kriz@meridianintl.com

## SERVICE LIST

- Geoffrey S. Aaronson    gaaronson@aspalaw.com
- Jamie Blucher    jblucher@zkslawfirm.com, jconcannon@zkslawfirm.com;service@zkslawfirm.com
- Candace C Clark    cclark@clarkhill.com, pkelly@clarkhill.com
- Barry P Gruher    bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
- Anthony Kang    akang@arnstein.com
- Carl L Kitchner    ckitchner@broward.org, swulfekuhle@broward.org
- Chad P Pugatch    cpugatch.ecf@rprslaw.com
- Craig A. Pugatch    capugatch.ecf@rprslaw.com
- Scott N. Schreiber    sschreiber@clarkhill.com
- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com

Esther DuVal
CBIZ MHM
5 Bayant Park
New York, NY  10018